Chambers of
Kim McLane Wardlaw
Circuit Judge

Judge_Wardlaw@ca9.uscourts.gov

August 7, 2018

VIA ELECTRONIC FILING

Hon. Anthony John Trenga, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Washington, D.C. 20544

      Re:    2017 Financial Disclosure Report

Dear Judge Trenga:

Enclosed is an electronic original of my Financial Disclosure Report for the year ending December 31, 2017.

Please note the following corrections for Financial Disclosure Report for the year ending December 31, 2016:

1. Line 172 from the 2016 Form was incorrect, and should have indicated that Charter Communications was Sold in Part, not Sold.

2. Line 282 from the 2016 Form was incorrect and should have indicated that Illumina Inc. was Sold, not Sold in Part.

3. Line 332 from the 2016 Form was incorrect and should have indicated that Mead Johnson Nutrition Co was Sold, not Sold in Part.

In addition, we did not include in the 2017 Form the trust in lines 682-685 of the 2016 Form because in 2017 that trust came under the control of a non-dependent adult child.

Hon. Anthony John Trenga, Chair
Committee on Financial Disclosure
August 7, 2018
Page 2

       I request that all previously approved redactions of information from my financial reports remain in effect and are made prior to any public disclosure of this document.  Should you have any questions, please do not hesitate to contact me.

                 Very truly yours,

                 The Honorable Kim McLane Wardlaw
                 United States Circuit Judge

KMW/sb
Enclosure

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wardlaw, Kim M. | United States Court of Appeals for the Ninth Circuit | 08/07/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge, Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> **to** <br> 12/31/2017 |

**7. Chambers or Office Address**

United States Court of Appeals for the Ninth Circuit
125 South Grand Avenue, Suite 500
Pasadena, CA 91105

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | ▨▨▨▨▨ |
| 2. Board Member | ▨▨▨▨▨ |
| 3. Board Member | UCLA Women LEAD Board of Advisors |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ROTH IRA | | | | | | | | | |
| 2. STATE STREET INSTITUTIONAL U S GOVERNMENT MONEY MARKET FUND ADM | A | Dividend | | | Sold | 07/10/17 | J | | |
| 3. STATE STREET INSTL US GOVT MMKT INVESTOR CLASS FUND #5325 | A | Dividend | J | T | Buy | 07/10/17 | J | | |
| 4. CAPITAL GROUP CORE BOND FUND | D | Dividend | O | T | | | | | |
| 5. CAPITAL WORLD GROWTH & INCOME FD | E | Dividend | O | T | | | | | |
| 6. | | Distribution | K | T | | | | | |
| 7. AMERICAN FUNDS NEW PERSPECTIVE FUND | D | Dividend | P1 | T | Sold (part) | 01/26/17 | J | A | |
| 8. | | | | | Sold (part) | 04/27/17 | J | A | |
| 9. | | | | | Sold (part) | 07/27/17 | J | A | |
| 10. | | | | | Sold (part) | 10/26/17 | J | A | |
| 11. Schwab Pension Acct (IRA) | | | | | | | | | |
| 12. Abbott Labs Com Stock | A | Dividend | K | T | Sold (part) | 10/27/17 | J | B | |
| 13. Alphabet Com Stock | | None | L | T | | | | | |
| 14. Apple Corp Com Stock | A | Dividend | L | T | | | | | |
| 15. Berkshire Hathaway | | None | K | T | Sold (part) | 02/28/17 | J | C | |
| 16. Blackrock Inc Com Stock | B | Dividend | L | T | Sold (part) | 02/28/17 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Name of Person Reporting** | | | | | | | **Date of Report** | |
| Wardlaw, Kim M. | | | | | | | 08/07/2018 | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. Boeing Co. | B | Dividend | L | T | | | | | |
| 18. Celgene Corp | | None | K | T | | | | | |
| 19. Cerner Corp Com Stock | | None | K | T | | | | | |
| 20. Charles Schwab Com Stock | A | Dividend | L | T | Buy | 04/18/17 | K | | |
| 21. Chevron Corp Com Stock | B | Dividend | L | T | | | | | |
| 22. Chubb Ltd | A | Dividend | K | T | | | | | |
| 23. Citicorp | A | Dividend | K | T | | | | | |
| 24. Colgate-Palmolive Com Stock | B | Dividend | K | T | | | | | |
| 25. Conocophillips Com Stock | A | Dividend | K | T | | | | | |
| 26. Costco Wholesale Inc | A | Dividend | K | T | | | | | |
| 27. Danaher Corp Com Stock | A | Dividend | K | T | Sold (part) | 10/27/17 | J | D | |
| 28. The Walt Disney Co. Com Stock | A | Dividend | K | T | Sold (part) | 02/28/17 | J | D | |
| 29. Fortive Corp. | A | Dividend | K | T | | | | | |
| 30. GE Com Stock | B | Dividend | K | T | | | | | |
| 31. Gilead Sciences Inc. | B | Dividend | K | T | | | | | |
| 32. Holly Frontier Corp | A | Dividend | | | Sold | 08/25/17 | J | | |
| 33. Intel Corp Com Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. Intuit Inc. | A | Dividend | L | T | Sold (part) | 02/28/17 | K | D | |
| 35. JP Morgan Chase Com Stock | B | Dividend | L | T | Sold (part) | 02/28/17 | J | D | |
| 36. Lowes Companies | B | Dividend | L | T | | | | | |
| 37. Merck & Co Com Stock | B | Dividend | K | T | | | | | |
| 38. Nextera Energy | A | Dividend | K | T | Sold (part) | 11/16/17 | K | D | |
| 39. Nike Inc Com Stock | A | Dividend | K | T | | | | | |
| 40. Novo - Nordisk | A | Dividend | K | T | | | | | |
| 41. Oracle Corp | A | Dividend | K | T | | | | | |
| 42. Paypal Holdings Inc | | None | K | T | | | | | |
| 43. Pepsico Inc Com Stock | B | Dividend | L | T | | | | | |
| 44. Proctor & Gamble Com Stock | A | Dividend | | | Sold | 08/25/17 | K | | |
| 45. Qualcomm Inc Com Stock | A | Dividend | | | Sold | 11/16/17 | K | D | |
| 46. Raytheon Com Stock | A | Dividend | K | T | Buy | 04/18/17 | K | | |
| 47. Roche Hldg Ltd | B | Dividend | K | T | | | | | |
| 48. Schlumberger Ltd | A | Dividend | K | T | | | | | |
| 49. Sempra Energy Com Stock | A | Dividend | K | T | | | | | |
| 50. Stryker Com Stock | A | Dividend | K | T | Buy | 08/25/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Sold (part) | 10/27/17 | J | A | |
| 52. Taiwan Semiconducter Com Stock | B | Dividend | L | T | Buy | 01/14/17 | K | | |
| 53. Target Corp Com Stock | B | Dividend | | | Sold | 08/25/17 | K | D | |
| 54. TCP Capital Corp | B | Dividend | J | T | | | | | |
| 55. Time Warner Inc | A | Dividend | K | T | | | | | |
| 56. TJX Com Stock | A | Dividend | K | T | Buy | 08/25/17 | K | | |
| 57. Union Pacific Corp Com Stock | B | Dividend | L | T | | | | | |
| 58. Verizon Com Stock | B | Dividend | K | T | | | | | |
| 59. IShares MSCI Index Fund | C | Dividend | M | T | | | | | |
| 60. IShares Small Cap Index Fund | B | Dividend | M | T | | | | | |
| 61. Vanguard Emerging Market Fund | B | Dividend | L | T | | | | | |
| 62. CAPITAL TRUST ACCOUNT | | | | | | | | | |
| 63. AA PLC | A | Dividend | | | Buy | 06/07/17 | K | | |
| 64. | | | | | Sold (part) | 10/06/17 | J | A | |
| 65. | | | | | Sold (part) | 10/12/17 | J | A | |
| 66. | | | | | Sold (part) | 10/17/17 | J | A | |
| 67. | | | | | Sold | 10/18/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. ABN AMRO GROUP NV CVA GDR | A | Dividend | | | Sold | 12/08/17 | J | C | |
| 69. ADVANCED AUTO PARTS INC | A | Dividend | | | Buy | 07/05/17 | J | | |
| 70. | | | | | Sold | 12/08/17 | J | B | |
| 71. ACCENTURE PLC US$ | A | Dividend | K | T | Sold (part) | 06/07/17 | K | E | |
| 72. ACTIVISION BLIZZARD INC | A | Dividend | K | T | | | | | |
| 73. AES CORP COM | A | Dividend | K | T | Buy | 06/07/17 | K | | |
| 74. | | | | | Buy | 12/18/17 | J | | |
| 75. | | | | | Buy | 12/19/17 | J | | |
| 76. | | | | | Sold (part) | 11/14/17 | J | A | |
| 77. AIA GROUP LTD | A | Dividend | M | T | Buy | 06/07/17 | L | | |
| 78. AETNA INC | A | Dividend | | | Sold | 03/10/17 | J | C | |
| 79. AIRBUS GROUP SE | B | Dividend | M | T | Buy | 01/03/17 | K | | |
| 80. | | | | | Buy | 01/04/17 | J | | |
| 81. | | | | | Buy | 01/05/17 | J | | |
| 82. | | | | | Buy | 01/09/17 | J | | |
| 83. | | | | | Buy | 01/11/17 | J | | |
| 84. | | | | | Buy | 01/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Buy | 03/15/17 | K | | |
| 86. | | | | | Sold (part) | 06/07/17 | J | B | |
| 87. ALPHABET INC CL A | | None | K | T | Buy | 02/23/17 | J | | |
| 88. ALPHABET INC CL C | | None | K | T | | | | | |
| 89. AMADEUS IT GROUP SA | A | Dividend | L | T | | | | | |
| 90. AMAZON.COM INC | | None | L | T | Buy | 02/21/17 | K | | |
| 91. | | | | | Sold (part) | 06/09/17 | K | D | |
| 92. AMERICAN FUNDS DEVELOPING WORLD GROWTH AND INCOME FUND CL F3 | E | Dividend | P1 | T | Buy | 03/24/17 | J | | |
| 93. | | | | | Buy | 06/23/17 | K | | |
| 94. | | | | | Buy | 09/22/17 | J | | |
| 95. | | | | | Buy | 12/22/17 | J | | |
| 96. | | | | | Buy | 12/28/17 | O | | |
| 97. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL F3 | E | Dividend | P1 | T | Buy | 06/14/17 | K | | |
| 98. | | | | | Buy | 12/21/17 | K | | |
| 99. | | | | | Distributed (part) | 12/22/17 | K | E | |
| 100. AMERICAN FUNDS INFLATION LINKED BOND FUND CL F3 | D | Dividend | O | T | Buy | 12/22/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. AMERICAN FUNDS HIGH-INCOME MUNICIPAL BOND FUND CL F3 | D | Dividend | N | T | Buy | 01/31/17 | J | | |
| 102. | | | | | Buy | 02/28/17 | J | | |
| 103. | | | | | Buy | 03/31/17 | J | | |
| 104. | | | | | Buy | 04/28/17 | J | | |
| 105. | | | | | Buy | 05/31/17 | J | | |
| 106. | | | | | Buy | 06/30/17 | J | | |
| 107. | | | | | Buy | 07/31/17 | J | | |
| 108. | | | | | Buy | 08/31/17 | J | | |
| 109. | | | | | Buy | 09/29/17 | J | | |
| 110. | | | | | Buy | 10/31/17 | J | | |
| 111. | | | | | Buy | 11/30/17 | J | | |
| 112. | | | | | Buy | 12/29/17 | J | | |
| 113. AMERICAN FUNDS NEW ECONOMY FUND CL F3 | D | Dividend | P1 | T | Buy | 12/22/17 | M | | |
| 114. | | | | | Buy | 12/28/17 | O | | |
| 115. | | | | | Distributed (part) | 12/26/17 | M | G | |
| 116. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F3 | D | Dividend | P1 | T | Buy | 12/21/17 | L | | |
| 117. | | | | | Buy | 12/28/17 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. | | | | | Distributed (part) | 12/22/17 | L | F | |
| 119. AMERICAN FUNDS NEW WORLD FUND CL F3 | E | Dividend | P1 | T | Buy | 12/21/17 | K | | |
| 120. | | | | | Buy | 12/28/17 | O | | |
| 121. | | | | | Distributed (part) | 12/22/17 | J | D | |
| 122. AMERICAN FUNDS SMALLCAP WORLD FUND CL F3 | | None | P1 | T | Buy | 12/20/17 | L | | |
| 123. | | | | | Buy | 12/28/17 | O | | |
| 124. | | | | | Distributed (part) | 12/21/17 | L | F | |
| 125. AMERICAN TOWER CORP | B | Dividend | L | T | Buy | 06/07/17 | J | | |
| 126. AMERISOURCEBERGEN CORP | A | Dividend | | | Sold | 06/07/17 | K | D | |
| 127. ANALOG DEVICES INC | A | Dividend | J | T | | | | | |
| 128. AON PLC | A | Dividend | K | T | Sold (part) | 06/07/17 | K | E | |
| 129. APPLE INC | B | Dividend | L | T | Sold (part) | 06/07/17 | J | D | |
| 130. | | | | | Sold (part) | 09/21/17 | K | D | |
| 131. ASAHI KASEI CORP | A | Dividend | L | T | Buy | 06/07/17 | K | | |
| 132. ASML HOLDING NV | A | Dividend | M | T | Buy | 06/07/17 | L | | |
| 133. ASSA ABLOY AB CL B | A | Dividend | K | T | Buy | 06/07/17 | K | | |
| 134. | | | | | Sold (part) | 11/09/17 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135.  ASTRAZENECA PLC (GBP) | B | Dividend | L | T | Buy | 03/14/17 | K | | |
| 136.  ASTRAZENECA PLC ADR | A | Dividend | J | T | | | | | |
| 137.  AUTOMATIC DATA PROCESSING INC | A | Dividend | | | Sold (part) | 06/07/17 | J | B | |
| 138. | | | | | Sold | 06/23/17 | J | C | |
| 139.  BAE SYSTEMS PLC | B | Dividend | | | Sold | 06/07/17 | J | B | |
| 140.  BANK OF NEW YORK MELLON CORP | A | Dividend | L | T | Buy | 03/09/17 | J | | |
| 141. | | | | | Buy | 07/20/17 | J | | |
| 142. | | | | | Buy | 08/09/17 | K | | |
| 143. | | | | | Buy | 11/10/17 | J | | |
| 144.  BAY AREA TOLL AUTH 06C2 CA VAR 04/01/45 | B | Interest | | | Sold | 02/23/17 | M | A | |
| 145.  BCA MARKETPLACE PLC | A | Dividend | J | T | | | | | |
| 146.  BNP PARIBAS | B | Dividend | K | T | Buy | 11/10/17 | J | | |
| 147. | | | | | Sold (part) | 08/24/17 | J | B | |
| 148. | | | | | Sold (part) | 08/28/17 | J | A | |
| 149. | | | | | Sold (part) | 08/31/17 | J | A | |
| 150. | | | | | Sold (part) | 09/04/17 | J | A | |
| 151. | | | | | Sold (part) | 09/06/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. | | | | | Sold (part) | 09/11/17 | J | A | |
| 153. | | | | | Sold (part) | 09/12/17 | J | A | |
| 154. | | | | | Sold (part) | 11/13/17 | J | A | |
| 155. BOEING CO | B | Dividend | K | T | Sold (part) | 06/07/17 | J | D | |
| 156. | | | | | Sold (part) | 07/20/17 | J | D | |
| 157. BRENNTAG AG | A | Dividend | J | T | | | | | |
| 158. BRITISH AMERICAN TOBACCO PLC | B | Dividend | L | T | Buy | 01/31/17 | J | | |
| 159. | | | | | Buy | 02/01/17 | J | | |
| 160. | | | | | Buy | 08/25/17 | J | | |
| 161. BROADCOM LTD | B | Dividend | L | T | | | | | |
| 162. C H ROBINSON WORLDWIDE INC | A | Dividend | J | T | Buy | 01/27/17 | J | | |
| 163. | | | | | Buy | 01/30/17 | J | | |
| 164. CA ED FAC UNIV OF SAN FRANCISCO 5.0% 10/01/21 | C | Interest | M | T | | | | | |
| 165. CA HLTH FAC CEDAR-SINAI MED 5.0% 8/15/21 | D | Interest | M | T | | | | | |
| 166. CA HLTH HENRY MAYO NEWHALL MEM HOSP AGM 1 | C | Interest | M | T | | | | | |
| 167. CA INFRA EDB J. PAUL GETTY 13A-2 FRN (L 0.7 50) (MPT) SF 10/01/47 | B | Interest | M | T | | | | | |
| 168. CA INFRA EDB J. PAUL GETTY 15B-1 SIFMA +28BP FRN (MPT) SR 10/01/47 | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. CA PUB WKS LEASE REV 17B 5.0% 10/01/22 | A | Interest | M | T | Buy | 10/26/17 | M | | |
| 170. CA PUB WKS LEASE REV VAR PROJ 13I 5.0% 11/01/19 | D | Interest | M | T | | | | | |
| 171. CA PUB WKS REGENTS UNIV CA C1 5.0% 03/01/19 | D | Interest | M | T | | | | | |
| 172. CA ST ECON REC 09A 5.0% 07/01/20 | C | Interest | M | T | | | | | |
| 173. CA ST GO 5.0% 02/01/20 | C | Interest | M | T | | | | | |
| 174. CA ST GO 5.0% 09/01/24 | D | Interest | M | T | | | | | |
| 175. CA STWD ADVENTIST HLTH SYSTEMS WEST 15A 5.0% 03/01/26 | C | Interest | M | T | | | | | |
| 176. CA STWD ST JOSEPHS HLTH FSA 4.5% 07/01/18 | C | Interest | K | T | Sold (part) | 07/03/17 | K | A | |
| 177. CA STWD UCI APT 5.0% 05/15/24 | C | Interest | M | T | | | | | |
| 178. CANADIAN NATIONAL RAILWAY CO US$ | A | Dividend | | | Sold (part) | 08/22/17 | J | B | |
| 179. | | | | | Sold | 08/29/17 | J | B | |
| 180. CARLSBERG A/S B | A | Dividend | L | T | Buy | 04/12/17 | J | | |
| 181. | | | | | Buy | 04/18/17 | J | | |
| 182. | | | | | Buy | 11/27/17 | J | | |
| 183. CERNER CORP | | None | L | T | Buy | 06/07/17 | J | | |
| 184. | | | | | Sold (part) | 12/15/17 | J | B | |
| 185. | | | | | Sold (part) | 02/20/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 186. CHARTER COMMUNICATIONS INC CL A | | None | K | T | Sold (part) | 06/07/17 | K | D | |
| 187. CHEVRON CORP | C | Dividend | L | T | Sold (part) | 06/07/17 | J | A | |
| 188. CHUBB LTD | A | Dividend | K | T | Sold (part) | 06/07/17 | K | D | |
| 189. CLEARWATER FL WTR/SWR B 5.0% 12/01/18 | D | Interest | M | T | | | | | |
| 190. CME GROUP INC | D | Dividend | M | T | Sold (part) | 06/07/17 | J | C | |
| 191. COCA-COLA CO | B | Dividend | K | T | Sold (part) | 06/07/17 | K | B | |
| 192. COMCAST CORP CL A (NEW) | A | Dividend | K | T | Sold (part) | 06/07/17 | K | E | |
| 193. COMPAGNIE FINANCIERE RICHEMONT SA REG | A | Dividend | K | T | | | | | |
| 194. CONOCOPHILLIPS | A | Dividend | J | T | Buy | 01/03/17 | J | | |
| 195. CROWN CASTLE INTERNATIONAL CORP | B | Dividend | L | T | Buy | 06/07/17 | K | | |
| 196. CSX CORP | A | Dividend | L | T | Buy | 08/25/17 | J | | |
| 197. | | | | | Buy | 08/28/17 | J | | |
| 198. | | | | | Buy | 08/29/17 | J | | |
| 199. | | | | | Buy | 08/31/17 | J | | |
| 200. | | | | | Buy | 11/27/17 | J | | |
| 201. | | | | | Buy | 11/28/17 | J | | |
| 202. | | | | | Buy | 11/29/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. | | | | | Buy | 11/30/17 | J | | |
| 204. | | | | | Buy | 12/13/17 | J | | |
| 205. DANAHER CORP | A | Dividend | K | T | | | | | |
| 206. DANONE | A | Dividend | L | T | Buy | 03/15/17 | J | | |
| 207. | | | | | Buy | 07/27/17 | J | | |
| 208. DEERE & CO | A | Dividend | L | T | Buy | 02/15/17 | J | | |
| 209. | | | | | Buy | 03/29/17 | J | | |
| 210. | | | | | Buy | 04/19/17 | J | | |
| 211. | | | | | Buy | 07/26/17 | J | | |
| 212. | | | | | Buy | 07/27/17 | J | | |
| 213. | | | | | Buy | 10/23/17 | J | | |
| 214. | | | | | Buy | 10/24/17 | J | | |
| 215. DENSO CORP | A | Dividend | K | T | | | | | |
| 216. DEUTSCHE WOHNEN AG (BEARER) | A | Dividend | | | Sold (part) | 03/06/17 | J | B | |
| 217. | | | | | Sold (part) | 12/05/17 | J | B | |
| 218. | | | | | Sold | 12/06/17 | J | A | |
| 219. DIAGEO PLC | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220. DIAGEO PLC SPONSORED ADR | A | Dividend | J | T | | | | | |
| 221. DKSH HOLDING LTD | A | Dividend | J | T | Buy | 03/29/17 | J | | |
| 222. DNB ASA | A | Dividend | K | T | Buy | 11/15/17 | J | | |
| 223. | | | | | Buy | 11/21/17 | J | | |
| 224. | | | | | Buy | 11/23/17 | J | | |
| 225. | | | | | Buy | 11/27/17 | J | | |
| 226. DOLLAR GENERAL CORP | A | Dividend | K | T | Buy | 04/12/17 | K | | |
| 227. DOW CHEMICAL CO | B | Dividend | | | Distributed | 09/01/17 | K | | |
| 228. DOWDUPONT INC | A | Dividend | K | T | Spinoff (from line 227) | 09/01/17 | K | | |
| 229. | | | | | Sold (part) | 11/14/17 | K | D | |
| 230. EATON CORP PLC | B | Dividend | K | T | Sold (part) | 08/29/17 | K | D | |
| 231. ENBRIDGE INC C$ | B | Dividend | L | T | Buy | 06/07/17 | J | | |
| 232. | | | | | Buy | 12/01/17 | J | | |
| 233. | | | | | Buy | 12/04/17 | J | | |
| 234. | | | | | Buy | 12/05/17 | K | | |
| 235. | | | | | Buy | 12/06/17 | J | | |
| 236. ENBRIDGE INC US$ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 237. ENEL SPA | A | Dividend | K | T | Buy | 06/30/17 | J | | |
| 238. | | | | | Buy | 07/03/17 | J | | |
| 239. | | | | | Buy | 07/07/17 | J | | |
| 240. | | | | | Buy | 07/14/17 | J | | |
| 241. | | | | | Buy | 07/18/17 | J | | |
| 242. | | | | | Buy | 08/14/17 | J | | |
| 243. | | | | | Buy | 11/24/17 | J | | |
| 244. EOG RESOURCES INC | A | Dividend | K | T | Buy | 06/07/17 | J | | |
| 245. EQUIFAX INC | A | Dividend | K | T | Buy | 09/25/17 | J | | |
| 246. | | | | | Buy | 09/27/17 | J | | |
| 247. | | | | | Buy | 09/28/17 | J | | |
| 248. | | | | | Buy | 12/13/17 | J | | |
| 249. ERICSSON (LM) B | | None | K | T | Buy | 11/15/17 | J | | |
| 250. | | | | | Buy | 11/17/17 | J | | |
| 251. | | | | | Buy | 11/22/17 | J | | |
| 252. | | | | | Buy | 11/24/17 | J | | |
| 253. | | | | | Buy | 11/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | | |
|---|---|---|---|
| **Name of Person Reporting** | | **Date of Report** | |
| Wardlaw, Kim M. | | 08/07/2018 | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. | | | | | Buy | 11/30/17 | J | | |
| 255. ESSILOR INTL | A | Dividend | K | T | Buy | 06/07/17 | K | | |
| 256. EXPRESS SCRIPTS HOLDING CO | | None | K | T | | | | | |
| 257. EXXON MOBIL CORP | B | Dividend | K | T | Sold (part) | 08/31/17 | K | A | |
| 258. | | | | | Sold (part) | 12/12/17 | J | A | |
| 259. FANUC CO | B | Dividend | L | T | Buy | 06/07/17 | K | | |
| 260. | | | | | Sold (part) | 12/11/17 | K | D | |
| 261. | | | | | Sold (part) | 12/12/17 | J | A | |
| 262. | | | | | Sold (part) | 12/15/17 | K | D | |
| 263. GEMALTO NV | A | Dividend | | | Buy | 02/08/17 | J | | |
| 264. | | | | | Buy | 02/10/17 | J | | |
| 265. | | | | | Buy | 02/15/17 | J | | |
| 266. | | | | | Sold (part) | 05/04/17 | J | A | |
| 267. | | | | | Sold (part) | 05/05/17 | J | A | |
| 268. | | | | | Sold (part) | 05/08/17 | J | A | |
| 269. | | | | | Sold (part) | 05/19/17 | J | A | |
| 270. | | | | | Sold (part) | 05/22/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. | | | | | Sold (part) | 06/16/17 | J | A | |
| 272. | | | | | Sold (part) | 10/10/17 | J | A | |
| 273. | | | | | Sold (part) | 10/25/17 | J | A | |
| 274. | | | | | Sold | 10/30/17 | J | A | |
| 275. GENERAL ELECTRIC CO (USD) | A | Dividend | | | Sold | 08/25/17 | K | A | |
| 276. GILEAD SCIENCES INC | B | Dividend | L | T | Buy | 06/07/17 | J | | |
| 277. | | | | | Buy | 08/31/17 | J | | |
| 278. | | | | | Buy | 09/08/17 | K | | |
| 279. | | | | | Buy | 09/11/17 | K | | |
| 280. | | | | | Buy | 10/24/17 | J | | |
| 281. GIVAUDAN | A | Dividend | J | T | | | | | |
| 282. GLOBAL PAYMENTS INC | A | Dividend | K | T | Buy | 07/14/17 | J | | |
| 283. | | | | | Buy | 07/17/17 | J | | |
| 284. GOLDMAN SACHS GROUP INC | A | Dividend | | | Sold (part) | 02/03/17 | K | D | |
| 285. | | | | | Sold (part) | 06/23/17 | K | D | |
| 286. | | | | | Sold | 08/10/17 | K | E | |
| 287. GLENDALE CA REDEV AGY TAX ALLOC BAM 4.0% 12/01/23 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 288. GODADDY INC CL A | | None | L | T | Buy | 10/26/17 | J | | |
| 289. | | | | | Buy | 10/30/17 | J | | |
| 290. | | | | | Buy | 11/01/17 | J | | |
| 291. | | | | | Buy | 11/02/17 | J | | |
| 292. | | | | | Buy | 11/03/17 | J | | |
| 293. | | | | | Buy | 11/06/17 | J | | |
| 294. | | | | | Buy | 11/08/17 | J | | |
| 295. | | | | | Buy | 11/09/17 | J | | |
| 296. | | | | | Buy | 11/13/17 | J | | |
| 297. | | | | | Buy | 11/14/17 | J | | |
| 298. | | | | | Buy | 11/15/17 | J | | |
| 299. GOLDEN ST TOBACCO SEC CORP ST APPROP 13A 5.0% 06/01/21 | C | Interest | M | T | | | | | |
| 300. GOLDEN ST TOBACCO SEC CORP ST APPROP 13A5.0% 06/01/29 | C | Interest | M | T | | | | | |
| 301. GUAM BUS PRIVILEGE TAX 11A 5.0% 01/01/18 | D | Interest | M | T | | | | | |
| 302. HAMAMATSU PHOTONIC KK | A | Dividend | K | T | Buy | 06/07/17 | K | | |
| 303. HDFC BANK LTD | A | Dividend | K | T | Buy | 06/07/17 | K | | |
| 304. HELMERICH & PAYNE | A | Dividend | | | Sold | 09/21/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305.  HERMES INTERNATIONAL | | None | J | T | Buy | 06/30/17 | J | | |
| 306. | | | | | Buy | 07/03/17 | J | | |
| 307.  HEXCEL CORP | A | Dividend | K | T | Sold (part) | 06/07/17 | J | B | |
| 308. | | | | | Sold (part) | 11/02/17 | J | C | |
| 309. | | | | | Sold (part) | 12/08/17 | J | B | |
| 310. | | | | | Sold (part) | 12/12/17 | J | B | |
| 311.  HILTON WORLDWIDE HOLDINGS INC | A | Dividend | L | T | Buy | 08/09/17 | J | | |
| 312. | | | | | Buy | 08/10/17 | J | | |
| 313. | | | | | Buy | 08/11/17 | J | | |
| 314. | | | | | Buy | 08/18/17 | J | | |
| 315. | | | | | Buy | 08/31/17 | J | | |
| 316. | | | | | Buy | 09/18/17 | J | | |
| 317. | | | | | Buy | 10/19/17 | J | | |
| 318.  HOSHIZAKI CORP | A | Dividend | J | T | | | | | |
| 319.  HP INC | A | Dividend | | | Sold | 06/07/17 | K | D | |
| 320.  HUMANA INC | A | Dividend | J | T | Buy | 03/09/17 | J | | |
| 321.  HUNTINGTON BANCSHARES INC | A | Dividend | K | T | Buy | 03/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 322. | | | | | Buy | 04/03/17 | J | | |
| 323. | | | | | Buy | 12/08/17 | J | | |
| 324. HYUNDAI MTR CO SP ADR | | None | J | T | Buy | 11/21/17 | J | | |
| 325. | | | | | Buy | 11/24/17 | J | | |
| 326. IBERDROLA SA | | None | K | T | Buy | 07/11/17 | J | | |
| 327. | | | | | Buy | 07/12/17 | J | | |
| 328. | | | | | Buy | 08/04/17 | J | | |
| 329. | | | | | Buy | 08/07/17 | J | | |
| 330. | | | | | Buy | 08/09/17 | J | | |
| 331. | | | | | Buy | 12/05/17 | J | | |
| 332. IDEX CORP | A | Dividend | K | T | Sold (part) | 06/07/17 | K | D | |
| 333. IMPERIAL BRANDS PLC | B | Dividend | K | T | Buy | 06/07/17 | K | | |
| 334. INCYTE CORP | | None | L | T | Buy | 08/30/17 | J | | |
| 335. | | | | | Buy | 11/27/17 | J | | |
| 336. INTEL CORP | A | Dividend | K | T | Buy | 09/26/17 | J | | |
| 337. | | | | | Buy | 09/27/17 | J | | |
| 338. | | | | | Buy | 09/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 339. | | | | | Buy | 10/03/17 | J | | |
| 340. | | | | | Buy | 10/04/17 | J | | |
| 341. INTERCONTINENTAL EXCHANGE INC | A | Dividend | K | T | Buy | 03/21/17 | J | | |
| 342. | | | | | Buy | 06/01/17 | K | | |
| 343. INVESCO LTD | A | Dividend | | | Sold | 05/10/17 | K | C | |
| 344. IRON MOUNTAIN INCORPORATED | A | Dividend | | | Sold | 06/07/17 | L | E | |
| 345. IRVINE CA REASSMT DIST 15-2 5.0% 09/02/29 | C | Interest | M | T | | | | | |
| 346. JABIL INC | A | Dividend | | | Sold (part) | 07/25/17 | J | B | |
| 347. | | | | | Sold (part) | 08/07/17 | J | B | |
| 348. | | | | | Sold (part) | 08/10/17 | J | B | ~ |
| 349. | | | | | Sold (part) | 08/11/17 | J | B | |
| 350. | | | | | Sold | 08/14/17 | J | C | |
| 351. JACK HENRY & ASSOC INC | A | Dividend | K | T | Sold (part) | 06/07/17 | K | E | |
| 352. JAPAN TOBACCO INC | A | Dividend | | | Sold | 11/06/17 | J | A | |
| 353. JARDINE MATHESON HLD (SINGAPORE) | A | Dividend | K | T | Buy | 06/07/17 | J | | |
| 354. JCDECAUX SA | A | Dividend | J | T | Buy | 01/17/17 | J | | |
| 355. | | | | | Buy | 05/19/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 356. | | | | | Buy | 06/09/17 | J | | |
| 357. | | | | | Buy | 08/29/17 | J | | |
| 358. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 359. JPMORGAN CHASE & CO | B | Dividend | L | T | Sold (part) | 06/07/17 | K | E | |
| 360. KBC GROEP NV | B | Dividend | L | T | Buy | 03/06/17 | J | | |
| 361. | | | | | Buy | 03/07/17 | J | | |
| 362. | | | | | Buy | 03/22/17 | J | | |
| 363. | | | | | Buy | 03/31/17 | J | | |
| 364. | | | | | Buy | 04/04/17 | J | | |
| 365. | | | | | Buy | 05/30/17 | J | | |
| 366. | | | | | Buy | 05/31/17 | J | | |
| 367. | | | | | Buy | 11/14/17 | J | | |
| 368. | | | | | Buy | 11/15/17 | J | | |
| 369. | | | | | Buy | 11/16/17 | J | | |
| 370. | | | | | Buy | 11/17/17 | J | | |
| 371. KEYENCE CORP | A | Dividend | L | T | Sold (part) | 11/22/17 | K | D | |
| 372. | | | | | Sold (part) | 12/11/17 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 373. KONINKLIJKE KPN NV | None | | J | T | Buy | 07/31/17 | J | | |
| 374. | | | | | Buy | 08/02/17 | J | | |
| 375. | | | | | Buy | 08/10/17 | J | | |
| 376. | | | | | Buy | 08/18/17 | J | | |
| 377. | | | | | Buy | 08/22/17 | J | | |
| 378. | | | | | Buy | 08/23/17 | J | | |
| 379. | | | | | Buy | 08/25/17 | J | | |
| 380. | | | | | Buy | 08/29/17 | J | | |
| 381. LA CA USD 16A 5.0% 07/01/23 | C | Interest | M | T | | | | | |
| 382. LA CA USD COPS 12A 5.0% 10/01/22 | D | Interest | M | T | | | | | |
| 383. LA CO CA MTA SALES TAX REV SR PROP C 13A 5.0% 07/01/20 | C | Interest | M | T | | | | | |
| 384. L'AIR LIQUIDE (L) | A | Dividend | K | T | Buy | 10/04/17 | J | | |
| 385. | | | | | Sold (part) | 10/04/17 | J | A | |
| 386. LAKE ELSINORE CA PUBLIC FING AUTH LOCAL 5.00% 09/01/2027 | C | Interest | L | T | | | | | |
| 387. LAS VEGAS SANDS CORP | C | Dividend | M | T | Buy | 01/24/17 | K | | |
| 388. | | | | | Buy | 01/25/17 | J | | |
| 389. LIBERTY GLOBAL PLC CL A | None | | | | Sold (part) | 05/11/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 390. | | | | | Sold (part) | 05/12/17 | J | A | |
| 391. | | | | | Sold (part) | 06/01/17 | J | A | |
| 392. | | | | | Sold (part) | 06/30/17 | J | A | |
| 393. | | | | | Sold | 07/25/17 | J | A | |
| 394. LILLY ELI & CO | A | Dividend | J | T | Sold (part) | 07/20/17 | K | B | |
| 395. | | | | | Sold (part) | 08/04/17 | K | B | |
| 396. LINK REIT (REIT) | A | Dividend | J | T | Buy | 12/12/17 | J | | |
| 397. LLOYDS TSB GROUP PLC | A | Dividend | K | T | Buy | 05/18/17 | J | | |
| 398. L'OREAL | A | Dividend | L | T | Buy | 06/07/17 | J | | |
| 399. LVMH MOET HENNESSY VUITTON SE | A | Dividend | K | T | | | | | |
| 400. LYONDELLBASELL INDUSTRIES NV | A | Dividend | | | Sold | 06/07/17 | J | A | |
| 401. MARKS & SPENCER GROUP PLC | A | Dividend | K | T | | | | | |
| 402. MARSH & MCLENNAN COS INC | B | Dividend | K | T | Sold (part) | 06/07/17 | M | F | |
| 403. MEDTRONIC PLC | A | Dividend | | | Sold (part) | 04/13/17 | J | B | |
| 404. | | | | | Sold | 08/30/17 | J | A | |
| 405. MERCK & CO INC | A | Dividend | J | T | Buy | 03/22/17 | J | | |
| 406. | | | | | Buy | 08/31/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 407. MERCURY GENERAL CORP | A | Dividend | | | Sold | 06/07/17 | J | A | |
| 408. MICRO FOCUS INTERNATIONAL PLC | B | Dividend | J | T | Buy | 05/19/17 | J | | |
| 409. | | | | | Sold (part) | 09/01/17 | J | A | |
| 410. MICROSOFT CORP | A | Dividend | K | T | Sold (part) | 06/07/17 | J | C | |
| 411. MODERN TIMES GROUP B | | None | J | T | Buy | 06/07/17 | J | | |
| 412. MONDELEZ INTERNATIONAL INC | A | Dividend | J | T | | | | | |
| 413. MONSANTO CO NEW COM | A | Dividend | K | T | Sold (part) | 06/07/17 | K | D | |
| 414. MOODYS CORP | A | Dividend | L | T | | | | | |
| 415. MURATA MANUFACTURING CO LTD | A | Dividend | L | T | Buy | 06/07/17 | K | | |
| 416. NASPERS LTD SPONSORED ADR | A | Dividend | M | T | Sold (part) | 08/11/17 | J | A | |
| 417. NATIONAL GRIP PLC SP ADR | A | Dividend | K | T | | | | | |
| 418. NESTLE NAM SPON ADR | B | Dividend | K | T | Sold (part) | 06/07/17 | K | C | |
| 419. NESTLE SA REG | A | Dividend | K | T | Sold (part) | 06/07/17 | K | C | |
| 420. NEW YORK COMMUNITY BANCORP | A | Dividend | | | Sold (part) | 03/31/17 | J | A | |
| 421. | | | | | Sold (part) | 04/03/17 | J | A | |
| 422. | | | | | Sold (part) | 04/04/17 | J | A | |
| 423. | | | | | Sold (part) | 04/05/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 424. | | | | | Sold (part) | 04/06/17 | J | A | |
| 425. | | | | | Sold | 04/07/17 | J | A | |
| 426. NEWELL BRANDS INC | A | Dividend | K | T | Sold (part) | 02/03/17 | K | D | |
| 427. NIELSEN HOLDINGS PLC | A | Dividend | J | T | Buy | 06/07/17 | J | | |
| 428. | | | | | Sold (part) | 11/02/17 | K | C | |
| 429. NIKE INC CL B | A | Dividend | J | T | Buy | 08/17/17 | J | | |
| 430. NO CAL TRANSMISSTION (TANC) OR PROJECT 16A 5.0% 05/01/24 | D | Interest | M | T | | | | | |
| 431. NORFOLK SOUTHERN CORP | A | Dividend | | | Sold (part) | 02/03/17 | L | E | |
| 432. | | | | | Sold (part) | 06/06/17 | J | D | |
| 433. | | | | | Sold | 12/14/17 | J | D | |
| 434. NORTHROP GRUMMAN CORP | A | Dividend | J | T | Buy | 11/07/17 | J | | |
| 435. NOVARTIS AG NAMEN | A | Dividend | | | Sold | 06/07/17 | K | C | |
| 436. NORWEGIAN CRUISE LINE HOLDINGS LTD | | None | K | T | Buy | 06/07/17 | K | | |
| 437. NOVO NORDISK A/S CL B ADR | A | Dividend | K | T | Buy | 06/07/17 | L | | |
| 438. NTT DOCOMO | A | Dividend | J | T | | | | | |
| 439. NUCOR CORP | A | Dividend | | | Sold | 06/07/17 | K | C | |
| 440. O REILLY AUTOMOTIVE INC | | None | | | Buy | 08/02/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 441. | | | | | Sold | 11/03/17 | K | A | |
| 442. OAKLAND USD ALAMEDA CNTY CA 17A 5.0% 08/01/20 | A | Interest | M | T | Buy | 05/12/17 | M | | |
| 443. OCCIDENTAL PETROLEUM CORP | B | Dividend | K | T | Buy | 06/07/17 | K | | |
| 444. | | | | | Sold (part) | 12/11/17 | K | A | |
| 445. OR PROVIDENCE HLTH C SIFMA +100 FRN (MPT) 10/01/22-09/15/18 | B | Dividend | M | T | | | | | |
| 446. ORACLE CORP JAPAN | A | Dividend | K | T | | | | | |
| 447. PACWEST BANCORP | A | Dividend | | | Sold | 06/07/17 | K | D | |
| 448. PANERA BREAD CO CL A | | None | | | Sold | 04/10/17 | K | D | |
| 449. PAYCHEX INC | A | Dividend | | | Sold | 06/07/17 | K | C | |
| 450. PALM DESERT REDEV CA BAM 17A 5.0% 10/01/26 | C | Interest | M | T | Buy | 01/19/17 | M | | |
| 451. PASADENA CA COP AMBAC .0% 02/01/20 | | None | L | T | | | | | |
| 452. PERNOD RICARD SA | A | Dividend | L | T | Buy | 06/07/17 | K | | |
| 453. PFIZER INC | A | Dividend | | | Sold | 09/05/17 | K | B | |
| 454. PHILIP MORRIS INTERNATIONAL INC | B | Dividend | K | T | Sold (part) | 04/20/17 | L | E | |
| 455. PNC FINANCIAL SERVICES GROUP INC | A | Dividend | | | Sold (part) | 08/31/17 | J | C | |
| 456. | | | | | Sold | 10/19/17 | K | D | |
| 457. POTASH CORP OF SASKATCHEWAN INC C$ | A | Dividend | K | T | Buy | 07/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 458. | | | | | Buy | 07/14/17 | J | | |
| 459. | | | | | Buy | 07/17/17 | J | | |
| 460. | | | | | Buy | 07/18/17 | J | | |
| 461. | | | | | Buy | 07/20/17 | J | | |
| 462. | | | | | Buy | 07/21/17 | J | | |
| 463. | | | | | Buy | 07/24/17 | J | | |
| 464. | | | | | Buy | 07/25/17 | J | | |
| 465. PRAXAIR INC | A | Dividend | K | T | Sold (part) | 06/07/17 | J | B | |
| 466. PROCTER & GAMBLE CO | B | Dividend | J | T | Sold (part) | 06/07/17 | M | D | |
| 467. PRUDENTAL PLC | A | Dividend | K | T | | | | | |
| 468. QUALCOMM INC | B | Dividend | L | T | Buy | 03/09/17 | J | | |
| 469. | | | | | Buy | 03/10/17 | K | | |
| 470. | | | | | Buy | 04/11/17 | K | | |
| 471. | | | | | Buy | 09/06/17 | J | | |
| 472. RECKITT BENCKISER GROUP PLC | A | Dividend | K | T | Buy | 03/15/17 | J | | |
| 473. | | | | | Buy | 03/16/17 | J | | |
| 474. | | | | | Buy | 03/17/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 475. | | | | | Buy | 04/21/17 | J | | |
| 476. | | | | | Buy | 07/06/17 | J | | |
| 477.  RIO TINTO PLC REG | A | Dividend | J | T | | | | | |
| 478.  ROCHE HOLDING AG GENUSSCHEIN | B | Dividend | L | T | Buy | 06/07/17 | J | | |
| 479.  ROYAL CARIBBEAN CRUISES | B | Dividend | K | T | Sold<br>(part) | 06/07/17 | J | C | |
| 480.  ROYAL DUTCH SHELL CL B ADR | C | Dividend | L | T | Buy | 06/07/17 | K | | |
| 481.  RYANAIR HOLDINGS PLC SP ADR | | None | K | T | Buy | 06/07/17 | K | | |
| 482.  SAFRAN SA | A | Dividend | L | T | Buy | 06/07/17 | K | | |
| 483.  SAMPO OYJ A SHS | B | Dividend | K | T | Sold<br>(part) | 06/07/17 | J | B | |
| 484. | | | | | Sold<br>(part) | 08/14/17 | J | A | |
| 485. | | | | | Sold<br>(part) | 08/16/17 | J | A | |
| 486.  SAMSONITE INTERNATIONAL SA | A | Dividend | K | T | | | | | |
| 487.  SAN DIEGO CA REGL AIRPORT A 5.0%<br>07/01/18 | C | Interest | M | T | | | | | |
| 488.  SAN DIEGO WTR NATL FGIC 5.25%<br>05/01/17 | C | Interest | | | Matured | 05/01/17 | L | | |
| 489.  SAN DIEGO CA USD GO 17H-25.0%<br>07/01/20 | | None | M | T | Buy | 10/04/17 | M | | |
| 490.  SAN FRAN ARPT 2ND 06F NATL-FGIC<br>5.25% 05/01/20 | D | Interest | M | T | | | | | |
| 491.  SAN RAMON CA REDEV TAX ALLOC<br>BAM 15A 5.0% 02/01/24 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 492. SANTA CRUZ CA REDEV TAX ALLOC 16A5.0% 09/01/25 | D | Interest | M | T | | | | | |
| 493. SAP SE | A | Dividend | K | T | | | | | |
| 494. SCHLUMBERGER LTD | B | Dividend | L | T | Buy | 10/23/17 | J | | |
| 495. | | | | | Buy | 12/12/17 | J | | |
| 496. | | | | | Sold (part) | 06/07/17 | K | C | |
| 497. SCRIPPS NETWORKS INTERACTIVE CL A T | A | Dividend | | | Sold (part) | 06/07/17 | J | D | |
| 498. | | | | | Sold | 07/31/17 | J | D | |
| 499. SCPPA MAGNOLIA PWR 11-A 5.00% 07/01/20 | C | Interest | M | T | | | | | |
| 500. SCPPA MEAD-ADELANTO 12A 5.0% 07/01/18 | D | Interest | M | T | | | | | |
| 501. SEATTLE GENETICS INC | | None | K | T | Buy | 03/07/17 | J | | |
| 502. | | | | | Buy | 03/08/17 | J | | |
| 503. | | | | | Buy | 03/10/17 | J | | |
| 504. | | | | | Buy | 04/12/17 | J | | |
| 505. | | | | | Buy | 09/15/17 | J | | |
| 506. | | | | | Buy | 10/03/17 | J | | |
| 507. SEMPRA ENERGY | A | Dividend | K | T | | | | | |
| 508. SES FDR CL A (PARIS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 509. SEVEN & I HOLDING CO LTD | A | Dividend | | | Buy | 06/07/17 | K | | |
| 510. | | | | | Sold (part) | 12/06/17 | K | A | |
| 511. | | | | | Sold | 12/07/17 | J | A | |
| 512. SHISEIDO CO | A | Dividend | | | Buy | 06/07/17 | K | | |
| 513. | | | | | Sold (part) | 11/09/17 | K | C | |
| 514. | | | | | Sold | 11/10/17 | K | C | |
| 515. SIEMENS AG ADR | A | Dividend | | | Sold | 06/07/17 | K | D | |
| 516. SIEMENS AG NAMEN | A | Dividend | | | Sold | 06/07/17 | K | D | |
| 517. SINGAPORE TELECOMM | C | Dividend | | | Buy | 06/07/17 | K | | |
| 518. | | | | | Sold (part) | 08/31/17 | J | A | |
| 519. | | | | | Sold (part) | 10/02/17 | J | A | |
| 520. | | | | | Sold | 11/01/17 | L | A | |
| 521. SHIN ETSU CHEM CO LTD | | None | K | T | Buy | 11/15/17 | K | | |
| 522. SMC CORP | A | Dividend | L | T | Buy | 06/07/17 | K | | |
| 523. SOFTBANK GROUP CORP | A | Distribution | L | T | Buy | 06/07/17 | L | | |
| 524. | | | | | Sold (part) | 11/15/17 | J | C | |
| 525. STARBUCKS CORP | A | Dividend | K | T | Sold (part) | 06/07/17 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 526. STATE STREET CORP | | None | K | T | Buy | 12/14/17 | J | | |
| 527. | | | | | Buy | 12/20/17 | J | | |
| 528. STATE STREET INSTITUTIONAL TREAS MMKT FD PREM | C | Dividend | J | T | | | | | |
| 529. STATE STREET INSTL US GOVT MMKT FUND | B | Dividend | N | T | | | | | |
| 530. SVENSKA HANDELSBANKEN AB CL A SHS | A | Dividend | J | T | | | | | |
| 531. SYDNEY AIRPORT STAPLED SECURITY | A | Dividend | | | Sold (part) | 11/06/17 | J | B | |
| 532. | | | | | Sold (part) | 11/20/17 | J | A | |
| 533. | | | | | Sold | 11/22/17 | J | A | |
| 534. SYSMEX CORP | A | Dividend | | | Sold (part) | 07/19/17 | J | A | |
| 535. | | | | | Sold | 07/28/17 | J | A | |
| 536. TAIWAN SEMICONDUCTOR SPONS ADR | C | Dividend | M | T | Buy | 06/07/17 | J | | |
| 537. | | | | | Buy | 10/11/17 | J | | |
| 538. | | | | | Buy | 10/12/17 | J | | |
| 539. TATE & LYLE PLC | A | Dividend | | | Sold | 06/07/17 | J | B | |
| 540. TEMPUR SEALY INTERNATIONAL INC | | None | J | T | | | | | |
| 541. TEXAS INSTRUMENTS INC | B | Dividend | J | T | Sold (part) | 03/10/17 | L | E | |
| 542. | | | | | Sold (part) | 11/13/17 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 543. TORONTO DOMINION BANK | A | Dividend | J | T | Buy | 04/17/17 | J | | |
| 544. | | | | | Buy | 04/18/17 | J | | |
| 545. TOTAL SA (FR) | A | Dividend | | | Sold (part) | 10/23/17 | J | B | |
| 546. | | | | | Sold | 11/20/17 | J | C | |
| 547. TRANSDIGM GROUP INC | B | Dividend | K | T | Buy | 04/06/17 | J | | |
| 548. TUOLUMNE WIND REV CA TURLOCK IRR DT 5.25% 01/01/24 | D | Interest | M | T | | | | | |
| 549. TURLOCK CA IRR DIST 5.0% 01/01/19 | C | Interest | M | T | | | | | |
| 550. UBS GROUP AG | A | Dividend | J | T | | | | | |
| 551. UNILEVER PLC | A | Dividend | | | Sold | 04/04/17 | J | B | |
| 552. UC REGENTS CA LTD PROJ 12G 5.0% 05/15/22 | D | Interest | M | T | | | | | |
| 553. UNILEVER PLC ADR AMER SHS SPON | A | Dividend | | | Sold (part) | 02/17/17 | J | B | |
| 554. | | | | | Sold | 03/10/17 | J | A | |
| 555. UNITEDHEALTH GROUP INC | A | Dividend | L | T | Buy | 10/02/17 | K | | |
| 556. | | | | | Buy | 12/08/17 | J | | |
| 557. VERISIGN INC | | None | J | T | | | | | |
| 558. VERIZON COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 559. VIACOM INC CLASS B | A | Dividend | K | T | Buy | 10/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 560. | | | | | Buy | 10/18/17 | J | | |
| 561. | | | | | Sold (part) | 02/22/17 | J | C | |
| 562. VISA INC CL A | A | Dividend | M | T | | | | | |
| 563. VODAFONE GROUP PLC | B | Dividend | K | T | Buy | 05/17/17 | K | | |
| 564. VTECH HOLDINGS LTD | C | Dividend | K | T | Buy | 06/07/17 | K | | |
| 565. WASTE CONNECTIONS INC | A | Dividend | K | T | Sold (part) | 06/19/17 | J | A | |
| 566. WASTE MANAGEMENT INC | A | Dividend | J | T | Sold (part) | 06/07/17 | K | C | |
| 567. WELLS FARGO & CO | A | Dividend | K | T | Buy | 03/13/17 | J | | |
| 568. XILINX INC | A | Dividend | J | T | Sold (part) | 02/03/17 | J | A | |
| 569. | | | | | Sold (part) | 06/07/17 | J | C | |
| 570. | | | | | Sold (part) | 08/25/17 | J | C | |
| 571. YUM BRANDS INC | A | Dividend | K | T | Sold (part) | 06/07/17 | K | C | |
| 572. YUM CHINA HOLDINGS INC | A | Dividend | K | T | | | | | |
| 573. ZODIAC AEROSPACE | A | Dividend | | | Sold | 06/07/17 | K | C | |
| 574. TRUST #2 (4306) | | | | | | | | | |
| 575. CAPITOL GROUP GLOBAL EQUITY FUND | E | Dividend | P1 | T | Buy | 12/28/17 | L | | |
| 576. | | | | | Sold (part) | 01/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 577. | | | | | Sold (part) | 01/26/17 | J | A | |
| 578. | | | | | Sold (part) | 01/31/17 | J | A | |
| 579. | | | | | Sold (part) | 03/17/17 | J | A | |
| 580. | | | | | Sold (part) | 04/27/17 | J | A | |
| 581. | | | | | Sold (part) | 05/02/17 | J | A | |
| 582. | | | | | Sold (part) | 09/08/17 | J | B | |
| 583. | | | | | Sold (part) | 09/15/17 | K | D | |
| 584. | | | | | Sold (part) | 10/26/17 | J | A | |
| 585. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | O | T | Buy | 01/30/17 | J | | |
| 586. | | | | | Buy | 02/27/17 | J | | |
| 587. | | | | | Buy | 03/30/17 | J | | |
| 588. | | | | | Buy | 04/27/17 | J | | |
| 589. | | | | | Buy | 05/30/17 | J | | |
| 590. | | | | | Buy | 06/29/17 | J | | |
| 591. | | | | | Buy | 07/28/17 | J | | |
| 592. | | | | | Buy | 08/30/17 | J | | |
| 593. | | | | | Buy | 09/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 594. | | | | | Buy | 10/30/17 | J | | |
| 595. | | | | | Buy | 11/29/17 | J | | |
| 596. | | | | | Buy | 12/28/17 | J | | |
| 597. CAPITAL GROUP CA SHORT TERM MUNI FUND | D | Dividend | N | T | Buy | 01/30/17 | J | | |
| 598. | | | | | Buy | 02/27/17 | J | | |
| 599. | | | | | Buy | 03/30/17 | J | | |
| 600. | | | | | Buy | 04/27/17 | J | | |
| 601. | | | | | Buy | 05/30/17 | J | | |
| 602. | | | | | Buy | 06/29/17 | J | | |
| 603. | | | | | Buy | 07/28/17 | J | | |
| 604. | | | | | Buy | 08/30/17 | J | | |
| 605. | | | | | Buy | 09/28/17 | J | | |
| 606. | | | | | Buy | 10/30/17 | J | | |
| 607. | | | | | Buy | 11/29/17 | J | | |
| 608. | | | | | Buy | 12/28/17 | J | | |
| 609. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | | None | N | T | Distributed (part) | 04/28/17 | M | A | |
| 610. HARBOURVEST 2015 GLOBAL FUND L.P. | | None | M | T | Buy | 01/13/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 611. | | | | | Buy | 03/28/17 | J | | |
| 612. | | | | | Buy | 05/04/17 | J | | |
| 613. | | | | | Buy | 06/29/17 | J | | |
| 614. | | | | | Buy | 09/20/17 | J | | |
| 615. | | | | | Buy | 12/22/17 | J | | |
| 616. AMERICAN FUNDS DEVELOPING WORLD GROWTH AND INCOME FUND CL F3 | B | Dividend | M | T | Sold (part) | 09/08/17 | J | A | |
| 617. | | | | | Buy | 03/24/17 | J | | |
| 618. | | | | | Buy | 06/23/17 | J | | |
| 619. | | | | | Buy | 09/22/17 | J | | |
| 620. | | | | | Buy | 12/22/17 | J | | |
| 621. | | | | | Sold (part) | 09/15/17 | J | A | |
| 622. CGASF LIQUIDATING PORTFOLIO | | None | M | T | Buy | 04/28/17 | M | | |
| 623. HARBOURVEST 2017 GLOBAL FUND LP | | None | K | T | Buy | 09/21/17 | K | | |
| 624. STATE STREET INSTL US GOVT MMKT INVESTOR CLASS FUND #5325 | | None | J | T | Buy | 07/10/17 | J | | |
| 625. STATE STREET INSTITUTIONAL US GOVERNMENT MONEY MARKET FUND ADM | A | Dividend | | | Sold | 07/10/17 | J | | |
| 626. MS Brokerage Asset Acct. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 627.  Alhambra CA Sch Dist 3.0% 08/01/26 | C | Interest | M | T | | | | | |
| 628.  Amazon Inc. | | None | J | T | | | | | |
| 629.  Banning CA Sch Dist 4.75% 08/01/23 | B | Interest | | | Redeemed | 08/01/17 | K | | |
| 630.  Banning CA Sch Dist 4.0% 08/01/32 | A | Dividend | | | Sold | 03/21/17 | M | A | |
| 631.  Belmont CA Fing Auth 4.0% 09/01/26 | C | Interest | M | T | | | | | |
| 632.  Brocade Com Systems | A | Dividend | | | Sold | 11/17/17 | J | B | |
| 633.  Buttonwillow CA Sch Dist 5.5% 11/01/27 | C | Interest | L | T | | | | | |
| 634.  CA St Dept Wtr 5.00% 05/01/21 | B | Interest | L | T | | | | | |
| 635.  CA ST GO 3.00% 03/01/29 | C | Interest | M | T | | | | | |
| 636.  CA ST GO 5.00% 08/01/30 | D | Interest | M | T | Buy | 12/12/17 | M | | |
| 637.  CA ST GO 5.00% 08/01/33 | D | Interest | M | T | Buy | 03/25/17 | M | | |
| 638.  CA ST GO 4.00% 09/01/35 | D | Interest | M | T | Buy | 03/21/17 | M | | |
| 639.  CA ST FOR PREVOUS ISSUE 4.00% 09/01/34 | D | Interest | M | T | Buy | 03/21/17 | M | | |
| 640.  CA ST PUB WORKS 5.00% 11/01/34 | C | Interest | M | T | Buy | 03/21/17 | M | | |
| 641.  CA ST Pub Works 5.25% 12/01/26 | D | Interest | M | T | | | | | |
| 642.  CA ST Pub Works 5.25% 06/01/20 | C | Interest | L | T | | | | | |
| 643.  CA ST Pub Works 4.200% 05/01/19 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 644. CA ST Pub Works 5.000% 9/1/29 | D | Interest | M | T | | | | | |
| 645. CA ST Pub Works 3.00% 12/01/28 | C | Dividend | M | T | | | | | |
| 646. CA ST Pub Works 3.375% 12/01/32 | C | Dividend | L | T | | | | | |
| 647. Carmichael CA WTR Dist 5.0% 11/01/25 | B | Interest | L | T | | | | | |
| 648. Chino Hills CA Tax Rev 4.25% 09/01/24 | B | Interest | L | T | | | | | |
| 649. Chula Vista CA Sch Dist 4.0% 08/01/26 | D | Interest | M | T | | | | | |
| 650. Colton CA Sch Dist 3.25% 08/01/26 | C | Interest | M | T | | | | | |
| 651. Compton CA WTR Rev 5.625% 08/01/27 | D | Interest | M | T | | | | | |
| 652. Contra Costa CA Community Coll. 4.0% 08/01/28 | C | Interest | L | T | | | | | |
| 653. Cupertino CA CTFS 3.0% 07/01/26 | C | Interest | M | T | | | | | |
| 654. Delano CA Sch Dist 4.000% 02/01/25 | C | Interest | M | T | | | | | |
| 655. Dublin CA Sch Dist 5.0% 08/01/25 | A | Interest | | | Redeemed | 08/01/17 | L | | |
| 656. Desert CA Comm Coll 5.00% 08/01/35 | D | Interest | M | T | Buy | 03/21/17 | M | | |
| 657. East Bay CA Wtr Rev 5.00% 06/01/33 | D | Interest | M | T | Buy | 07/24/17 | M | | |
| 658. East Side Sch Dist 5.0% 08/01/24 | C | Interest | L | T | | | | | |
| 659. El Monte CA Sch Dist 5.000% 06/01/22 | C | Interest | M | T | | | | | |
| 660. Fairfield CA Sch Dist 4.000% 08/01/27 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 661.  Fairfield CA Sch Dist 3.0% 08/01/28 | C | Interest | M | T | | | | | |
| 662.  Fontana CA Pub Fing 4.000% 09/01/18 | D | Interest | M | T | | | | | |
| 663.  Fremont CA Sch Dist 5.0% 08/01/25 | C | Interest | L | T | | | | | |
| 664.  Glendora CA Sch Dist 4.000% 08/01/28 | C | Interest | M | T | | | | | |
| 665.  Gilead Sci Inc | D | Dividend | M | T | | | | | |
| 666.  Hemet CA Sch Dist 4.0% 08/01/23 | C | Interest | M | T | | | | | |
| 667.  Hollister CA Sch Dist 5.00% 09/01/30 | C | Interest | L | T | Buy | 04/27/17 | L | | |
| 668.  Hollister CA Waste Wtr 5.00% 06/01/35 | D | Interest | M | T | Buy | 03/21/17 | M | | |
| 669.  Huntington Beach CA Pub Fing 5.0% 09/01/25 | C | Interest | M | T | | | | | |
| 670.  Imperial CNTY CA Trans. 3.25% 06/01/23 | B | Interest | L | T | | | | | |
| 671.  Illumina Inc | | None | L | T | Buy | 03/02/17 | K | | |
| 672.  Intercept Inc | | None | L | T | Buy | 12/28/17 | M | | |
| 673.  Incyte Inc | | None | M | T | Buy | 03/02/17 | M | | |
| 674. | | | | | Buy | 10/11/17 | L | | |
| 675. | | | | | Sold (part) | 12/18/17 | M | | |
| 676.  Jefferson CA Sch Dist. 5.000% 08/01/26 | C | Interest | M | T | | | | | |
| 677.  Jefferson CA Sch Dist. 5.0% 07/15/26 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 678. Lake Arrowhead CA Dist Wtr 4.500% 10/01/26 | C | Interest | L | T | | | | | |
| 679. Liberty CA High Sch 4.250% 08/01/26 | B | Interest | L | T | | | | | |
| 680. Lodi CA Elec Sys 4.5% 07/01/25 | C | Interest | L | T | | | | | |
| 681. Los Angeles CA Comm College 5.0% 08/01/26 | B | Interest | K | T | | | | | |
| 682. Los Angeles Comm College 5.00% 08/01/30 | C | Interest | M | T | Buy | 07/24/17 | M | | |
| 683. Los Angeles CA DWP 5.0% 07/01/26 | D | Interest | M | T | | | | | |
| 684. Los Angeles CA Sch Dist 4.5% 07/01/22 | B | Interest | | | Redeemed | 07/03/17 | L | | |
| 685. Los Angeles CA Sch Dist 2.00% 07/01/29 | | None | | | Sold | 03/21/17 | L | | |
| 686. Malibu CA CTFS 4.5% 07/01/27 | C | Interest | M | T | | | | | |
| 687. Newman Crowns Landing Sch Dist 4.00% 08/01/31 | C | Interest | | | Sold | 03/21/17 | M | | |
| 688. Oxnard CA Fing Auth 4.750% 06/01/24 | D | Interest | M | T | | | | | |
| 689. Palm Desert CTFS 5.00% 04/01/22 | A | Interest | | | Redeemed | 04/03/17 | L | | |
| 690. Palm Springs CA Sch Dist 3.00% 08/01/30 | D | Interest | M | T | Buy | 02/03/17 | M | | |
| 691. Palm Springs Sch Dist. 3.0% 08/01/27 | C | Interest | M | T | | | | | |
| 692. Pasadena CA CTFS 5.0% 02/01/24 | C | Interest | M | T | | | | | |
| 693. Pasadena CA Elec Rev 4.0% 08/01/24 | B | Interest | L | T | | | | | |
| 694. Perris CA Sch Dist 5.000% 09/01/28 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 695. Placentia-Yorba Linda CA Sch Dist 2.75% 08/01/26 | C | Interest | M | T | | | | | |
| 696. Placentia-Yorba Linda CA Sch Dist 5.00% 10/01/31 | C | Interest | | | Sold | 03/21/17 | M | | |
| 697. Port Oakland CA Rev Ref 5.00% 11/01/21 | B | Interest | | | Redeemed | 11/01/17 | L | | |
| 698. Redding CA Elec Sys 5.0% 06/01/27 | B | Interest | K | T | | | | | |
| 699. Redlands CA Sch Dist 5.000% 07/01/25 | D | Interest | M | T | | | | | |
| 700. Redondo Beach CA Sch Dist 4.0% 08/01/25 | C | Interest | M | T | | | | | |
| 701. Riverside CA Sewer Sys 5.000% 08/01/28 | D | Interest | M | T | | | | | |
| 702. Rosemead CA Sch Dist. 4.00% 08/01/31 | C | Interest | | | Sold | 03/21/17 | M | | |
| 703. Rowland CA Sch Dist 3.000% 08/01/29 | C | Interest | M | T | | | | | |
| 704. San Bernardino CA Comm College 5.000% 08/01/28 | D | Interest | M | T | | | | | |
| 705. San Bruno CA Pub Fin 5.00% 07/01/30 | D | Interest | M | T | Buy | 12/12/17 | M | | |
| 706. San Diego CA Conv. Cnt 5.0% 04/15/26 | D | Interest | M | T | | | | | |
| 707. San Diego PFFA 5.0% 10/15/25 | D | Interest | N | T | | | | | |
| 708. San Diego CA Sch Dist 5.5% 07/01/24 | D | Interest | M | T | | | | | |
| 709. San Diego CNTY CA Regl Trans 5.0% 04/01/29 | D | Interest | M | T | | | | | |
| 710. San Francisco Comm College 5.000% 06/15/27 | D | Interest | M | T | | | | | |
| 711. San Francisco CA Pub Util 5.0% 11/01/25 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 712. San Francisco CA Pub Util 5.0% 11/01/26 | C | Interest | L | T | | | | | |
| 713. San Francisco CA Sch Dist 3.00% 06/15/29 | B | Interest | | | Sold | 03/21/17 | M | | |
| 714. San Gabriel CA Sch Dist 5.25% 08/01/24 | D | Interest | M | T | | | | | |
| 715. San Juan CA Sch Dist 5.0% 08/01/25 | C | Interest | L | T | | | | | |
| 716. San Leandro CA Sch Dist 4.5% 08/01/26 | C | Interest | L | T | | | | | |
| 717. Santa Clara CA Sch Dist 3.000% 07/01/28 | D | Interest | M | T | | | | | |
| 718. Santa Rosa CA Wtr Rev 5.0% 09/01/26 | D | Interest | M | T | | | | | |
| 719. Seattle Genetics | | None | K | T | Sold (part) | 03/02/17 | M | G | |
| 720. Sonoma CA Comm Dev 5.00% 06/01/29 | C | Interest | M | T | | | | | |
| 721. So Cal Logistics 4.125% 12/01/20 | C | Interest | L | T | | | | | |
| 722. Stockton CA Sch Dist 5.000% 08/01/27 | C | Interest | M | T | | | | | |
| 723. Ventura CA Comm. College 3.125% 08/01/31 | C | Interest | | | Sold | 03/21/17 | M | | |
| 724. VBIV Vaccines (formerly SCIVAC Theropeutics) | | None | K | T | | | | | |
| 725. Yuba CA Comm. College 3.00% 08/01/31 | | None | | | Sold | 03/21/17 | M | | |
| 726. Yountville CA Fin Auth 4.375% 10/01/24 | B | Interest | L | T | | | | | |
| 727. Yosemite CA Comm. College 5.0% 08/01/25 | C | Interest | M | T | | | | | |
| 728. Yosemite CA Comm. College 5.000% 08/01/29 | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 729. MS Bank Deposit | A | Interest | J | T | | | | | |
| 730. FS Equity Partners IV | | | | | | | | | |
| 731. Sur La Table | | None | M | U | | | | | |
| 732. FS Equity Partners V | | | | | | | | | |
| 733. H.H. Gregg Inc common stock | | None | | | Sold | 12/06/17 | J | | |
| 734. El Pollo Loco Inc common stock | | None | N | T | Sold (part) | 12/06/17 | J | C | |
| 735. FS Equity Partners VI | | | | | | | | | |
| 736. Floor and Decor common stock | G | Dividend | P1 | T | Sold (part) | 07/26/17 | P1 | H1 | |
| 737. | | | | | Sold (part) | 11/21/17 | P1 | H1 | |
| 738. Boot Barn common stock | G | None | P1 | T | | | | | |
| 739. First Watch common stock | | None | | | Sold | 08/23/17 | P1 | H1 | |
| 740. MicroStar common stock | G | Dividend | O | U | | | | | |
| 741. Arhaus common stock | | None | O | U | | | | | |
| 742. totes Isotoner Holdings Corp. common stock | | None | O | U | | | | | |
| 743. FS Equity Partners VII | | | | | | | | | |
| 744. totes Isotoner Holdings Corp. common stock | | None | M | U | | | | | |
| 745. Plantation Products, LLC | | None | O | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 746. Regent Holding Company | | None | N | U | | | | | |
| 747. Osprey Packs, Inc. | | None | N | U | | | | | |
| 748. ISN Holding Corp | | None | O | U | | | | | |
| 749. City Barbeque, Inc. | | None | M | U | | | | | |
| 750. BPB Holdings Corp | | None | O | U | | | | | |
| 751. Cafe Rio comm stock | | None | O | U | Buy | 09/01/17 | O | | |
| 752. PF Baseline Fitness common stock | | None | M | U | Buy | 09/22/17 | M | | |
| 753. Riordan Venture Association | | | | | | | | | |
| 754. TW Holdings common stock | | None | J | U | Buy | 08/31/17 | K | | |
| 755. Avella, Inc. preferred stock | | None | J | U | | | | | |
| 756. Mondo (formerly Bluewolf Group LLC) | | None | K | U | | | | | |
| 757. Siteworx | | None | J | U | | | | | |
| 758. Chartis Group | | None | J | U | | | | | |
| 759. RGM Group | | None | J | U | | | | | |
| 760. Patient Care America (formerly DCRX Infusion) | | None | J | U | | | | | |
| 761. Clarity Solution Group | | None | L | U | | | | | |
| 762. Inspirage LLC | | None | K | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 763. Utegration | None | | J | T | | | | | |
| 764. Clearview Corp | None | | K | V | Buy | 04/14/17 | K | | |
| 765. Illuminate Holdings | None | | J | V | Buy | 09/05/17 | J | | |
| 766. Bistro 45 common stock | A | Dividend | J | U | | | | | |
| 767. MS Retire Accts (401k-profit) | | | | | | | | | |
| 768. Invesco Pacific Growth Fund | None | | M | T | | | | | |
| 769. MSDW LIquid Asset Account Trust Fund | A | Dividend | K | T | | | | | |
| 770. HP Inc (formerly Hewlett Packard) common stock | A | Dividend | J | T | | | | | |
| 771. Proctor & Gamble common stock | D | Dividend | M | T | | | | | |
| 772. Altria Group common stock | B | Dividend | K | T | | | | | |
| 773. Cisco Sys common stock | B | Dividend | L | T | | | | | |
| 774. Kraft Foods Inc common stock | A | Dividend | J | T | | | | | |
| 775. Mondelez Int'l common stock | A | Dividend | K | T | | | | | |
| 776. Philip Morris | B | Dividend | L | T | | | | | |
| 777. Gilead Science | C | Dividend | M | T | | | | | |
| 778. Hewlett Packard Enterprise | A | Dividend | J | T | | | | | |
| 779. Invesco Div. Growth Fund | C | Dividend | M | T | Sold (part) | 12/18/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 780. American Funds New World Fund | D | Dividend | O | T | Buy | 02/14/17 | L | | |
| 781. Trust #4 (IR-W) | | | | | | | | | |
| 782. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F3 | C | Dividend | O | T | Buy | 12/20/17 | K | | |
| 783. | | | | | Sold (part) | 01/10/17 | J | A | |
| 784. | | | | | Sold (part) | 01/26/17 | J | A | |
| 785. | | | | | Sold (part) | 01/31/17 | J | A | |
| 786. | | | | | Sold (part) | 03/17/17 | J | A | |
| 787. | | | | | Sold (part) | 04/27/17 | J | A | |
| 788. | | | | | Sold (part) | 05/03/17 | J | A | |
| 789. | | | | | Sold (part) | 05/18/17 | K | C | |
| 790. | | | | | Sold (part) | 09/12/17 | J | A | |
| 791. | | | | | Sold (part) | 09/15/17 | J | A | |
| 792. | | | | | Distributed (part) | 12/21/17 | K | E | |
| 793. AMERICAN FUNDS FUNDAMENTAL INVESTORS CL F3 | D | Dividend | O | T | Buy | 03/15/17 | J | | |
| 794. | | | | | Buy | 06/14/17 | J | | |
| 795. | | | | | Buy | 09/15/17 | J | | |
| 796. | | | | | Buy | 12/20/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 797. | | | | | Sold (part) | 01/10/17 | J | A | |
| 798. | | | | | Sold (part) | 03/17/17 | J | A | |
| 799. | | | | | Sold (part) | 05/03/17 | J | A | |
| 800. | | | | | Sold (part) | 05/18/17 | K | D | |
| 801. | | | | | Distributed (part) | 06/15/17 | J | D | |
| 802. | | | | | Sold (part) | 09/12/17 | J | A | |
| 803. | | | | | Sold (part) | 09/15/17 | J | A | |
| 804. | | | | | Sold (part) | 10/26/17 | J | A | |
| 805. | | | | | Distributed (part) | 12/21/17 | K | E | |
| 806. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | O | T | Buy | 01/30/17 | J | | |
| 807. | | | | | Buy | 02/27/17 | J | | |
| 808. | | | | | Buy | 03/30/17 | J | | |
| 809. | | | | | Buy | 04/27/17 | J | | |
| 810. | | | | | Buy | 05/18/17 | L | | |
| 811. | | | | | Buy | 05/30/17 | J | | |
| 812. | | | | | Buy | 06/29/17 | J | | |
| 813. | | | | | Buy | 07/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 814. | | | | | Buy | 08/30/17 | J | | |
| 815. | | | | | Buy | 09/28/17 | J | | |
| 816. | | | | | Buy | 10/30/17 | J | | |
| 817. | | | | | Buy | 11/29/17 | J | | |
| 818. | | | | | Buy | 12/20/17 | J | | |
| 819. | | | | | Buy | 12/28/17 | J | | |
| 820. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | | None | N | T | Sold (part) | 04/28/17 | M | A | |
| 821. AMERICAN FUNDS CAPITAL WORLD GROWTH AND INCOME FUND CL F3 | D | Dividend | N | T | Buy | 03/15/17 | J | | |
| 822. | | | | | Buy | 06/14/17 | J | | |
| 823. | | | | | Buy | 09/13/17 | J | | |
| 824. | | | | | Buy | 12/20/17 | K | | |
| 825. | | | | | Sold (part) | 01/10/17 | J | A | |
| 826. | | | | | Sold (part) | 03/17/17 | J | A | |
| 827. | | | | | Sold (part) | 05/03/17 | J | A | |
| 828. | | | | | Sold (part) | 05/18/17 | J | A | |
| 829. | | | | | Sold (part) | 09/12/17 | J | A | |
| 830. | | | | | Sold (part) | 09/15/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 831. | | | | | Distributed (part) | 12/21/17 | K | E | |
| 832. AMERICAN FUNDS NEW WORLD FUND CL F3 | E | Dividend | N | T | Buy | 05/18/17 | K | | |
| 833. | | | | | Buy | 12/21/17 | J | | |
| 834. | | | | | Sold (part) | 09/12/17 | J | A | |
| 835. | | | | | Sold (part) | 09/15/17 | J | A | |
| 836. | | | | | Distributed (part) | 12/22/17 | J | C | |
| 837. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F3 | C | Dividend | N | T | Buy | 12/21/17 | K | | |
| 838. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | Buy | 01/30/17 | J | | |
| 839. | | | | | Sold (part) | 01/10/17 | J | A | |
| 840. | | | | | Sold (part) | 03/17/17 | J | A | |
| 841. | | | | | Sold (part) | 05/03/17 | J | A | |
| 842. | | | | | Sold (part) | 05/18/17 | K | B | |
| 843. | | | | | Sold (part) | 09/12/17 | J | A | |
| 844. | | | | | Sold (part) | 09/15/17 | J | A | |
| 845. | | | | | Distributed (part) | 12/22/17 | K | E | |
| 846. | | | | | Buy | 02/27/17 | J | | |
| 847. | | | | | Buy | 03/30/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 848. | | | | | Buy | 04/27/17 | J | | |
| 849. | | | | | Buy | 05/18/17 | K | | |
| 850. | | | | | Buy | 05/30/17 | J | | |
| 851. | | | | | Buy | 06/29/17 | J | | |
| 852. | | | | | Buy | 07/28/17 | J | | |
| 853. | | | | | Buy | 08/30/17 | J | | |
| 854. | | | | | Buy | 09/28/17 | J | | |
| 855. | | | | | Buy | 10/30/17 | J | | |
| 856. | | | | | Buy | 11/29/17 | J | | |
| 857. | | | | | Buy | 12/20/17 | J | | |
| 858. | | | | | Buy | 12/28/17 | J | | |
| 859. | | | | | Distributed (part) | 12/29/17 | J | A | |
| 860. HARBOURVEST 2015 GLOBAL FUND L.P. | None | M | T | | Buy | 01/13/17 | J | | |
| 861. | | | | | Buy | 03/28/17 | J | | |
| 862. | | | | | Buy | 05/04/17 | J | | |
| 863. | | | | | Buy | 09/20/17 | J | | |
| 864. | | | | | Buy | 12/22/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 865. AMERICAN FUNDS SMALL CAP WORLD FUND CL F3 | | None | M | T | Buy | 12/20/17 | J | | |
| 866. | | | | | Sold (part) | 01/10/17 | J | A | |
| 867. | | | | | Sold (part) | 03/17/17 | J | A | |
| 868. | | | | | Sold (part) | 05/03/17 | J | A | |
| 869. | | | | | Sold (part) | 05/18/17 | J | B | |
| 870. | | | | | Sold (part) | 09/12/17 | J | A | |
| 871. | | | | | Sold (part) | 09/15/17 | J | A | |
| 872. | | | | | Distributed (part) | 12/22/17 | J | D | |
| 873. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL F3 | C | Dividend | M | T | Buy | 05/18/17 | J | | |
| 874. | | | | | Buy | 06/14/17 | J | | |
| 875. | | | | | Buy | 12/21/17 | J | | |
| 876. | | | | | Distributed (part) | 06/15/17 | J | B | |
| 877. | | | | | Sold (part) | 09/12/17 | J | A | |
| 878. | | | | | Sold (part) | 09/15/17 | J | A | |
| 879. | | | | | Distributed (part) | 12/22/17 | J | C | |
| 880. AMERICAN FUND CAPITAL INCOME BUILDER CL F3 | C | Dividend | M | T | Buy | 03/15/17 | J | | |
| 881. | | | | | Buy | 06/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 882. | | | | | Buy | 09/13/17 | J | | |
| 883. | | | | | Buy | 12/20/17 | J | | |
| 884. | | | | | Buy | 12/22/17 | J | | |
| 885. | | | | | Sold (part) | 01/10/17 | J | A | |
| 886. | | | | | Sold (part) | 03/17/17 | J | A | |
| 887. | | | | | Sold (part) | 05/03/17 | J | A | |
| 888. | | | | | Sold (part) | 05/18/17 | K | A | |
| 889. | | | | | Distributed (part) | 12/26/17 | J | B | |
| 890. CGASF LIQUIDATING PORTFOLIO | | None | M | T | Buy | 04/28/17 | M | | |
| 891. HARBOURVEST 2017 GLOBAL FUND LP | | None | K | T | Buy | 09/21/17 | K | | |
| 892. STATE STREET INSTL US GOVT MMKT INVESTOR CLASS FUND #5325 | A | Dividend | J | T | Buy | 07/10/17 | J | | |
| 893. STATE STREET INSTITUTIONAL US GOVERNMENT MONEY MARKET FUND ADM | A | Dividend | | | Sold | 07/10/17 | J | | |
| 894. Trust #5 (IR-K) | | | | | | | | | |
| 895. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F3 | C | Dividend | O | T | Buy | 12/20/17 | K | | |
| 896. | | | | | Sold (part) | 01/10/17 | J | A | |
| 897. | | | | | Sold (part) | 01/26/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 898. | | | | | Sold (part) | 01/31/17 | J | A | |
| 899. | | | | | Sold (part) | 03/17/17 | J | A | |
| 900. | | | | | Sold (part) | 04/27/17 | J | A | |
| 901. | | | | | Sold (part) | 05/03/17 | J | A | |
| 902. | | | | | Sold (part) | 05/18/17 | K | C | |
| 903. | | | | | Sold (part) | 09/12/17 | J | A | |
| 904. | | | | | Sold (part) | 09/15/17 | J | A | |
| 905. | | | | | Distributed (part) | 12/21/17 | K | E | |
| 906. AMERICAN FUNDS FUNDAMENTAL INVESTORS CL F3 | D | Dividend | O | T | Buy | 03/15/17 | J | | |
| 907. | | | | | Buy | 06/14/17 | J | | |
| 908. | | | | | Buy | 09/15/17 | J | | |
| 909. | | | | | Buy | 12/20/17 | K | | |
| 910. | | | | | Sold (part) | 01/10/17 | J | A | |
| 911. | | | | | Sold (part) | 03/17/17 | J | A | |
| 912. | | | | | Sold (part) | 05/03/17 | J | A | |
| 913. | | | | | Sold (part) | 05/18/17 | K | D | |
| 914. | | | | | Distributed (part) | 06/15/17 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 915. | | | | | Sold (part) | 09/12/17 | J | A | |
| 916. | | | | | Sold (part) | 09/15/17 | J | A | |
| 917. | | | | | Sold (part) | 10/26/17 | J | A | |
| 918. | | | | | Distributed (part) | 12/21/17 | K | E | |
| 919. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | O | T | Buy | 01/30/17 | J | | |
| 920. | | | | | Buy | 02/27/17 | J | | |
| 921. | | | | | Buy | 03/30/17 | J | | |
| 922. | | | | | Buy | 04/27/17 | J | | |
| 923. | | | | | Buy | 05/18/17 | L | | |
| 924. | | | | | Buy | 05/30/17 | J | | |
| 925. | | | | | Buy | 06/29/17 | J | | |
| 926. | | | | | Buy | 07/28/17 | J | | |
| 927. | | | | | Buy | 08/30/17 | J | | |
| 928. | | | | | Buy | 09/28/17 | J | | |
| 929. | | | | | Buy | 10/30/17 | J | | |
| 930. | | | | | Buy | 11/29/17 | J | | |
| 931. | | | | | Buy | 12/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 932. | | | | | Buy | 12/28/17 | J | | |
| 933. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | | None | N | T | Sold (part) | 04/28/17 | M | A | |
| 934. AMERICAN FUNDS CAPITAL WORLD GROWTH AND INCOME FUND CL F3 | D | Dividend | N | T | Buy | 03/15/17 | J | | |
| 935. | | | | | Buy | 06/14/17 | J | | |
| 936. | | | | | Buy | 09/13/17 | J | | |
| 937. | | | | | Buy | 12/20/17 | K | | |
| 938. | | | | | Sold (part) | 01/10/17 | J | A | |
| 939. | | | | | Sold (part) | 03/17/17 | J | A | |
| 940. | | | | | Sold (part) | 05/03/17 | J | A | |
| 941. | | | | | Sold (part) | 05/18/17 | J | A | |
| 942. | | | | | Sold (part) | 09/12/17 | J | A | |
| 943. | | | | | Sold (part) | 09/15/17 | J | A | |
| 944. | | | | | Distributed (part) | 12/21/17 | K | E | |
| 945. AMERICAN FUNDS NEW WORLD FUND CL F3 | E | Dividend | N | T | Buy | 05/18/17 | K | | |
| 946. | | | | | Buy | 12/21/17 | J | | |
| 947. | | | | | Sold (part) | 09/12/17 | J | A | |
| 948. | | | | | Sold (part) | 09/15/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 949. | | | | | Distributed (part) | 12/22/17 | J | C | |
| 950. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F3 | C | Dividend | N | T | Buy | 12/21/17 | K | | |
| 951. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | Buy | 01/30/17 | J | | |
| 952. | | | | | Sold (part) | 01/10/17 | J | A | |
| 953. | | | | | Sold (part) | 03/17/17 | J | A | |
| 954. | | | | | Sold (part) | 05/03/17 | J | A | |
| 955. | | | | | Sold (part) | 05/18/17 | K | B | |
| 956. | | | | | Sold (part) | 09/12/17 | J | A | |
| 957. | | | | | Sold (part) | 09/15/17 | J | A | |
| 958. | | | | | Distributed (part) | 12/22/17 | K | E | |
| 959. | | | | | Buy | 02/27/17 | J | | |
| 960. | | | | | Buy | 03/30/17 | J | | |
| 961. | | | | | Buy | 04/27/17 | J | | |
| 962. | | | | | Buy | 05/18/17 | K | | |
| 963. | | | | | Buy | 05/30/17 | J | | |
| 964. | | | | | Buy | 06/29/17 | J | | |
| 965. | | | | | Buy | 07/28/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 966. | | | | | Buy | 08/30/17 | J | | |
| 967. | | | | | Buy | 09/28/17 | J | | |
| 968. | | | | | Buy | 10/30/17 | J | | |
| 969. | | | | | Buy | 11/29/17 | J | | |
| 970. | | | | | Buy | 12/20/17 | J | | |
| 971. | | | | | Buy | 12/28/17 | J | | |
| 972. | | | | | Distributed (part) | 12/29/17 | J | A | |
| 973. HARBOURVEST 2015 GLOBAL FUND L.P. | None | M | T | | Buy | 01/13/17 | J | | |
| 974. | | | | | Buy | 03/28/17 | J | | |
| 975. | | | | | Buy | 05/04/17 | J | | |
| 976. | | | | | Buy | 09/20/17 | J | | |
| 977. | | | | | Buy | 12/22/17 | J | | |
| 978. AMERICAN FUNDS SMALLCAP WORLD FUND CL F3 | None | M | T | | Buy | 12/20/17 | J | | |
| 979. | | | | | Sold (part) | 01/10/17 | J | A | |
| 980. | | | | | Sold (part) | 03/17/17 | J | A | |
| 981. | | | | | Sold (part) | 05/03/17 | J | A | |
| 982. | | | | | Sold (part) | 05/18/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 983. | | | | | Sold (part) | 09/12/17 | J | A | |
| 984. | | | | | Sold (part) | 09/15/17 | J | A | |
| 985. | | | | | Distributed (part) | 12/22/17 | J | D | |
| 986. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL F3 | C | Dividend | M | T | Buy | 05/18/17 | J | | |
| 987. | | | | | Buy | 06/14/17 | J | | |
| 988. | | | | | Buy | 12/21/17 | J | | |
| 989. | | | | | Distributed (part) | 06/15/17 | J | B | |
| 990. | | | | | Sold (part) | 09/12/17 | J | A | |
| 991. | | | | | Sold (part) | 09/15/17 | J | A | |
| 992. | | | | | Distributed (part) | 12/22/17 | J | C | |
| 993. AMERICAN FUNDS CAPITAL INCOME BUILDER CL F3 | C | Dividend | M | T | Buy | 03/15/17 | J | | |
| 994. | | | | | Buy | 06/14/17 | J | | |
| 995. | | | | | Buy | 09/13/17 | J | | |
| 996. | | | | | Buy | 12/20/17 | J | | |
| 997. | | | | | Buy | 12/22/17 | J | | |
| 998. | | | | | Sold (part) | 01/10/17 | J | A | |
| 999. | | | | | Sold (part) | 03/17/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | | | |
|---|---|---|---|
| Name of Person Reporting | | | Date of Report |
| Wardlaw, Kim M. | | | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1000. | | | | | Sold (part) | 05/03/17 | J | A | |
| 1001. | | | | | Sold (part) | 05/18/17 | K | A | |
| 1002. | | | | | Distributed (part) | 12/26/17 | J | B | |
| 1003. CGASF LIQUIDATING PORTFOLIO | None | | M | T | Buy | 04/28/17 | M | | |
| 1004. HARBOURVEST 2017 GLOBAL FUND LP | None | | K | T | Buy | 09/21/17 | K | | |
| 1005. STATE STREET INSTL US GOVT MMKT INVESTOR CLASS FUND #5325 | A | Dividend | J | T | Buy | 07/10/17 | J | | |
| 1006. STATE STREET INSTITUTIONAL US GOVERNMENT MONEY MARKET FUND ADM | A | Dividend | | | Sold | 07/10/17 | J | | |
| 1007. | | | | | | | | | |
| 1008. Trust #6 (98-W) | | | | | | | | | |
| 1009. Invesco Dividend Growth | A | Dividend | K | T | | | | | |
| 1010. American Funds New World Fund | C | Dividend | N | T | | | | | |
| 1011. Incyte Corp | | None | K | T | | | | | |
| 1012. Seattle Genetics Inc | | None | K | T | | | | | |
| 1013. MSDW Active Money Trust | A | Dividend | J | T | | | | | |
| 1014. HH Gregg Inc common stock | | None | | | Sold | 12/06/17 | J | | |
| 1015. El Pollo Loco common stock | | None | J | T | Sold (part) | 12/06/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1016. AMERICAN FUNDS FUNDAMENTAL INVESTORS CL F3 | D | Dividend | O | T | Buy | 03/15/17 | J | | |
| 1017. | | | | | Buy | 06/14/17 | J | | |
| 1018. | | | | | Buy | 09/15/17 | J | | |
| 1019. | | | | | Buy | 12/20/17 | K | | |
| 1020. | | | | | Sold (part) | 01/06/17 | J | A | |
| 1021. | | | | | Sold (part) | 01/26/17 | J | A | |
| 1022. | | | | | Sold (part) | 01/31/17 | J | A | |
| 1023. | | | | | Sold (part) | 03/17/17 | J | A | |
| 1024. | | | | | Sold (part) | 04/27/17 | J | A | |
| 1025. | | | | | Sold (part) | 05/03/17 | J | A | |
| 1026. | | | | | Sold (part) | 05/18/17 | J | B | |
| 1027. | | | | | Distributed (part) | 06/15/17 | J | D | |
| 1028. | | | | | Sold (part) | 09/12/17 | J | A | |
| 1029. | | | | | Sold (part) | 09/15/17 | J | A | |
| 1030. | | | | | Sold (part) | 10/26/17 | J | A | |
| 1031. | | | | | Distributed (part) | 12/21/17 | K | E | |
| 1032. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F3 | D | Dividend | O | T | Buy | 12/20/17 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1033. | | | | | Sold (part) | 01/06/17 | J | A | |
| 1034. | | | | | Sold (part) | 03/17/17 | J | A | |
| 1035. | | | | | Sold (part) | 05/03/17 | J | A | |
| 1036. | | | | | Sold (part) | 05/18/17 | K | C | |
| 1037. | | | | | Sold (part) | 09/12/17 | J | A | |
| 1038. | | | | | Sold (part) | 09/15/17 | J | A | |
| 1039. | | | | | Distributed (part) | 12/21/17 | K | E | |
| 1040. AMERICAN FUNDS NEW WORLD FUND CL F3 | D | Dividend | O | T | Buy | 12/21/17 | J | | |
| 1041. | | | | | Sold (part) | 01/06/17 | J | A | |
| 1042. | | | | | Sold (part) | 03/17/17 | J | A | |
| 1043. | | | | | Sold (part) | 05/03/17 | J | A | |
| 1044. | | | | | Sold (part) | 05/18/17 | K | B | |
| 1045. | | | | | Sold (part) | 09/12/17 | J | A | |
| 1046. | | | | | Sold (part) | 09/15/17 | J | B | |
| 1047. | | | | | Distributed (part) | 12/22/17 | J | D | |
| 1048. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F3 | C | Dividend | O | T | Buy | 12/21/17 | K | | |
| 1049. | | | | | Sold (part) | 03/17/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1050. | | | | | Sold (part) | 05/03/17 | J | A | |
| 1051. | | | | | Sold (part) | 05/18/17 | K | B | |
| 1052. | | | | | Sold (part) | 09/12/17 | J | A | |
| 1053. | | | | | Sold (part) | 09/15/17 | J | A | |
| 1054. | | | | | Distributed (part) | 12/22/17 | K | D | |
| 1055. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | N | T | Buy | 05/18/17 | L | | |
| 1056. | | | | | Buy | 01/30/17 | J | | |
| 1057. | | | | | Buy | 02/27/17 | J | | |
| 1058. | | | | | Buy | 03/30/17 | J | | |
| 1059. | | | | | Buy | 04/27/17 | J | | |
| 1060. | | | | | Buy | 05/30/17 | J | | |
| 1061. | | | | | Buy | 06/29/17 | J | | |
| 1062. | | | | | Buy | 07/28/17 | J | | |
| 1063. | | | | | Buy | 08/30/17 | J | | |
| 1064. | | | | | Buy | 09/28/17 | J | | |
| 1065. | | | | | Buy | 10/30/17 | J | | |
| 1066. | | | | | Buy | 11/29/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1067. | | | | | Buy | 12/28/17 | J | A | |
| 1068. | | | | | Distributed (part) | 12/29/17 | J | A | |
| 1069. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | None | | N | T | Distributed (part) | 04/28/17 | M | A | |
| 1070. AMERICAN FUNDS CAPITAL INCOME BUILDER CL F3 | D | Dividend | N | T | Buy | 03/15/17 | J | | |
| 1071. | | | | | Buy | 05/18/17 | K | | |
| 1072. | | | | | Buy | 06/14/17 | J | | |
| 1073. | | | | | Buy | 09/13/17 | J | | |
| 1074. | | | | | Buy | 12/22/17 | J | | |
| 1075. | | | | | Distributed (part) | 12/26/17 | J | C | |
| 1076. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL F3 | D | Dividend | N | T | Buy | 03/17/17 | J | | |
| 1077. | | | | | Buy | 06/16/17 | J | | |
| 1078. | | | | | Buy | 09/15/17 | J | | |
| 1079. | | | | | Buy | 12/18/17 | K | | |
| 1080. | | | | | Sold (part) | 01/06/17 | J | A | |
| 1081. | | | | | Sold (part) | 03/17/17 | J | A | |
| 1082. | | | | | Sold (part) | 05/03/17 | J | A | |
| 1083. | | | | | Sold (part) | 05/18/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1084. | | | | | Sold (part) | 09/15/17 | J | A | |
| 1085. | | | | | Distributed (part) | 12/22/17 | K | E | |
| 1086. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL F3 | C | Dividend | N | T | Buy | 06/14/17 | J | | |
| 1087. | | | | | Buy | 12/21/17 | J | | |
| 1088. | | | | | Sold (part) | 03/17/17 | J | A | |
| 1089. | | | | | Sold (part) | 05/03/17 | J | A | |
| 1090. | | | | | Sold (part) | 05/18/17 | J | A | |
| 1091. | | | | | Sold (part) | 09/12/17 | J | C | |
| 1092. | | | | | Sold (part) | 09/15/17 | J | A | |
| 1093. | | | | | Distributed (part) | 12/22/17 | J | D | |
| 1094. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | Buy | 01/30/17 | J | | |
| 1095. | | | | | Buy | 02/27/17 | J | | |
| 1096. | | | | | Buy | 03/30/17 | J | | |
| 1097. | | | | | Buy | 04/27/17 | J | | |
| 1098. | | | | | Buy | 05/18/17 | K | | |
| 1099. | | | | | Buy | 05/30/17 | J | | |
| 1100. | | | | | Buy | 06/29/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1101. | | | | | Buy | 07/28/17 | J | | |
| 1102. | | | | | Buy | 08/30/17 | J | | |
| 1103. | | | | | Buy | 09/28/17 | J | | |
| 1104. | | | | | Buy | 10/30/17 | J | | |
| 1105. | | | | | Buy | 11/29/17 | J | | |
| 1106. | | | | | Buy | 12/28/17 | J | | |
| 1107. | | | | | Distributed (part) | 12/29/17 | J | A | |
| 1108. HARBOURVEST 2015 GLOBAL FUND L.P. | None | M | T | | Buy | 01/13/17 | J | | |
| 1109. | | | | | Buy | 03/28/17 | J | | |
| 1110. | | | | | Buy | 05/04/17 | J | | |
| 1111. | | | | | Buy | 06/29/17 | J | | |
| 1112. | | | | | Buy | 09/20/17 | K | | |
| 1113. | | | | | Buy | 12/22/17 | J | | |
| 1114. CGAS LIQUIDATING PORTFOLIO | None | M | T | | Buy | 04/28/17 | M | | |
| 1115. AMERICAN FUNDS SMALLCAP WORLD FUND CL F3 | None | M | T | | Buy | 12/20/17 | J | | |
| 1116. | | | | | Sold (part) | 01/06/17 | J | A | |
| 1117. | | | | | Sold (part) | 03/17/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1118. | | | | | Sold (part) | 05/03/17 | J | A | |
| 1119. | | | | | Sold (part) | 05/18/17 | J | A | |
| 1120. | | | | | Sold (part) | 09/12/17 | J | A | |
| 1121. | | | | | Sold (part) | 09/15/17 | J | A | |
| 1122. | | | | | Distributed (part) | 12/21/17 | J | C | |
| 1123. HARBOURVEST 2017 GLOBAL FUND LP | | None | K | T | Buy | 09/21/17 | K | | |
| 1124. STATE STREET INSTITUTIONAL US GOVERNMENT MONEY MARKET FUND ADM | A | Dividend | | | Sold | 07/10/17 | J | | |
| 1125. STATE STREET INSTL US GOVT MMKT INVESTOR CLASS FUND #5325 | A | Dividend | J | T | Buy | 07/10/17 | J | | |
| 1126. Trust #7 (98-K) | | | | | | | | | |
| 1127. Invesco Divident Growth | A | Dividend | K | T | | | | | |
| 1128. American Funds New World Fund | C | Dividend | N | T | | | | | |
| 1129. Incyte Corp | | None | K | T | | | | | |
| 1130. Seattle Genetics | | None | K | T | | | | | |
| 1131. MSDW Active Money Trust | A | Dividend | J | T | | | | | |
| 1132. HH Gregg Inc common stock | | None | | | Sold | 12/04/17 | J | | |
| 1133. El Pollo Loco common stock | | None | J | T | Sold (part) | 12/06/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1134. AMERICAN FUNDS FUNDAMENTAL INVESTORS CL F3 | D | Dividend | O | T | Buy | 03/15/17 | J | | |
| 1135. | | | | | Buy | 06/14/17 | J | | |
| 1136. | | | | | Buy | 09/15/17 | J | | |
| 1137. | | | | | Buy | 12/20/17 | K | | |
| 1138. | | | | | Sold (part) | 01/06/17 | J | A | |
| 1139. | | | | | Sold (part) | 01/26/17 | J | A | |
| 1140. | | | | | Sold (part) | 01/31/17 | J | A | |
| 1141. | | | | | Sold (part) | 03/17/17 | J | A | |
| 1142. | | | | | Sold (part) | 04/27/17 | J | A | |
| 1143. | | | | | Sold (part) | 05/03/17 | J | A | |
| 1144. | | | | | Sold (part) | 05/18/17 | J | B | |
| 1145. | | | | | Distributed (part) | 06/15/17 | J | D | |
| 1146. | | | | | Sold (part) | 09/12/17 | J | A | |
| 1147. | | | | | Sold (part) | 09/15/17 | J | A | |
| 1148. | | | | | Sold (part) | 10/26/17 | J | A | |
| 1149. | | | | | Distributed (part) | 12/21/17 | K | E | |
| 1150. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F3 | D | Dividend | O | T | Buy | 12/20/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1151. | | | | | Sold (part) | 01/06/17 | J | A | |
| 1152. | | | | | Sold (part) | 03/17/17 | J | A | |
| 1153. | | | | | Sold (part) | 05/03/17 | J | A | |
| 1154. | | | | | Sold (part) | 05/18/17 | K | C | |
| 1155. | | | | | Sold (part) | 09/12/17 | J | A | |
| 1156. | | | | | Sold (part) | 09/15/17 | J | A | |
| 1157. | | | | | Distributed (part) | 12/21/17 | K | E | |
| 1158. AMERICAN FUNDS NEW WORLD FUND CL F3 | D | Dividend | O | T | Buy | 12/21/17 | J | | |
| 1159. | | | | | Sold (part) | 01/06/17 | J | A | |
| 1160. | | | | | Sold (part) | 03/17/17 | J | A | |
| 1161. | | | | | Sold (part) | 05/03/17 | J | A | |
| 1162. | | | | | Sold (part) | 05/18/17 | K | B | |
| 1163. | | | | | Sold (part) | 09/12/17 | J | A | |
| 1164. | | | | | Sold (part) | 09/15/17 | J | B | |
| 1165. | | | | | Distributed (part) | 12/22/17 | J | D | |
| 1166. AMERICAN FUNDS NEW PERSPECTIVE FUND CL F3 | C | Dividend | O | T | Buy | 12/21/17 | K | | |
| 1167. | | | | | Sold (part) | 03/17/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1168. | | | | | Sold (part) | 05/03/17 | J | A | |
| 1169. | | | | | Sold (part) | 05/18/17 | K | B | |
| 1170. | | | | | Sold (part) | 09/12/17 | J | A | |
| 1171. | | | | | Sold (part) | 09/15/17 | J | A | |
| 1172. | | | | | Distributed (part) | 12/22/17 | K | D | |
| 1173. CAPITAL GROUP CA CORE MUNICIPAL FUND | D | Dividend | N | T | Buy | 05/18/17 | L | | |
| 1174. | | | | | Buy | 01/30/17 | J | | |
| 1175. | | | | | Buy | 02/27/17 | J | | |
| 1176. | | | | | Buy | 03/30/17 | J | | |
| 1177. | | | | | Buy | 04/27/17 | J | | |
| 1178. | | | | | Buy | 05/30/17 | J | | |
| 1179. | | | | | Buy | 06/29/17 | J | | |
| 1180. | | | | | Buy | 07/28/17 | J | | |
| 1181. | | | | | Buy | 08/30/17 | J | | |
| 1182. | | | | | Buy | 09/28/17 | J | | |
| 1183. | | | | | Buy | 10/30/17 | J | | |
| 1184. | | | | | Buy | 11/29/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1185. | | | | | Buy | 12/28/17 | J | | |
| 1186. | | | | | Distributed (part) | 12/29/17 | J | A | |
| 1187. | | | | | Sold (part) | 09/15/17 | J | A | |
| 1188. CAPITAL GROUP ALTERNATIVE STRATEGIES FUND, LP | | None | N | T | Distributed (part) | 04/28/17 | M | A | |
| 1189. AMERICAN FUNDS CAPITAL INCOME BUILDER CL F3 | D | Dividend | N | T | Buy | 03/15/17 | J | | |
| 1190. | | | | | Buy | 05/18/17 | K | | |
| 1191. | | | | | Buy | 06/14/17 | J | | |
| 1192. | | | | | Buy | 09/13/17 | J | | |
| 1193. | | | | | Buy | 12/22/17 | J | | |
| 1194. | | | | | Distributed (part) | 12/26/17 | J | C | |
| 1195. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA CL F3 | D | Dividend | N | T | Buy | 03/17/17 | J | | |
| 1196. | | | | | Buy | 06/16/17 | J | | |
| 1197. | | | | | Buy | 09/15/17 | J | | |
| 1198. | | | | | Buy | 12/18/17 | K | | |
| 1199. | | | | | Sold (part) | 01/06/17 | J | A | |
| 1200. | | | | | Sold (part) | 03/17/17 | J | A | |
| 1201. | | | | | Sold (part) | 05/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1202. | | | | | Sold (part) | 05/18/17 | J | A | |
| 1203. | | | | | Sold (part) | 09/15/17 | J | A | |
| 1204. | | | | | Distributed (part) | 12/22/17 | K | E | |
| 1205. AMERICAN FUNDS EUROPACIFIC GROWTH FUND CL F3 | C | Dividend | N | T | Buy | 06/14/17 | J | | |
| 1206. | | | | | Buy | 12/21/17 | J | | |
| 1207. | | | | | Sold (part) | 03/17/17 | J | A | |
| 1208. | | | | | Sold (part) | 05/03/17 | J | A | |
| 1209. | | | | | Sold (part) | 05/18/17 | J | A | |
| 1210. | | | | | Sold (part) | 09/12/17 | J | C | |
| 1211. | | | | | Sold (part) | 09/15/17 | J | A | |
| 1212. | | | | | Distributed (part) | 12/22/17 | J | D | |
| 1213. CAPITAL GROUP CORE MUNICIPAL FUND | C | Dividend | M | T | Buy | 01/30/17 | J | | |
| 1214. | | | | | Buy | 02/27/17 | J | | |
| 1215. | | | | | Buy | 03/30/17 | J | | |
| 1216. | | | | | Buy | 04/27/17 | J | | |
| 1217. | | | | | Buy | 05/18/17 | K | | |
| 1218. | | | | | Buy | 05/30/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1219. | | | | | Buy | 06/29/17 | J | | |
| 1220. | | | | | Buy | 07/28/17 | J | | |
| 1221. | | | | | Buy | 08/30/17 | J | | |
| 1222. | | | | | Buy | 09/28/17 | J | | |
| 1223. | | | | | Buy | 10/30/17 | J | | |
| 1224. | | | | | Buy | 11/29/17 | J | | |
| 1225. | | | | | Buy | 12/28/17 | J | | |
| 1226. | | | | | Distributed (part) | 12/29/17 | J | A | |
| 1227. HARBOURVEST 2015 GLOBAL FUND L.P. | | None | M | T | Buy | 01/13/17 | J | | |
| 1228. | | | | | Buy | 03/28/17 | J | | |
| 1229. | | | | | Buy | 05/04/17 | J | | |
| 1230. | | | | | Buy | 06/29/17 | J | | |
| 1231. | | | | | Buy | 09/20/17 | K | | |
| 1232. | | | | | Buy | 12/22/17 | J | | |
| 1233. CGASF LIQUIDATING PORTFOLIO | | None | M | T | Buy | 04/28/17 | M | | |
| 1234. AMERICAN FUNDS SMALLCAP WORLD FUND CL F3 | | None | M | T | Buy | 12/20/17 | J | | |
| 1235. | | | | | Sold (part) | 01/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1236. | | | | | Sold (part) | 03/17/17 | J | A | |
| 1237. | | | | | Sold (part) | 05/03/17 | J | A | |
| 1238. | | | | | Sold (part) | 05/18/17 | J | A | |
| 1239. | | | | | Sold (part) | 09/12/17 | J | A | |
| 1240. | | | | | Sold (part) | 09/15/17 | J | A | |
| 1241. | | | | | Distributed (part) | 12/21/17 | J | C | |
| 1242. HARBOURVEST 2017 GLOBAL FUND LP | | None | K | T | Buy | 09/21/17 | K | | |
| 1243. STATE STREET INSTITUTIONAL US GOVERNMENT MONEY MARKET FUND ADM | A | Dividend | | | Sold | 07/10/17 | J | | |
| 1244. STATE STREET INSTL US GOVT MMKT INVESTOR CLASS FUND #5325 | A | Dividend | J | T | Buy | 07/10/17 | J | | |
| 1245. Real Estate Partnership - Lau | H1 | Distribution | M | U | Sold (part) | 11/21/17 | M | G | |
| 1246. | | | | | Sold (part) | 12/11/17 | N | G | |
| 1247. | | | | | Sold (part) | 12/13/17 | N | G | |
| 1248. Real Estate Partnership - Lau W | | None | | | Sold | 05/24/17 | M | G | |
| 1249. Real Estate Partnership Silverlake | | None | L | U | Buy | 07/06/17 | J | | |
| 1250. Real Estate Partnership Garfield | | None | M | U | Buy | 04/27/17 | J | | |
| 1251. | | | | | Buy | 08/08/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1252. | | | | | Buy | 08/30/17 | L | | |
| 1253. | | | | | Buy | 11/07/17 | K | | |
| 1254. Citibank Money Market Fund | C | Interest | O | T | | | | | |
| 1255. Citibank Checking | A | Interest | L | T | | | | | |
| 1256. Citibank Checking | A | Interest | L | T | | | | | |
| 1257. Fargo Investment Partnership | | None | M | U | | | | | |
| 1258. JRK Multifamily LP | E | Distribution | O | U | Buy | 08/01/17 | L | | |
| 1259. Urban Housing Investment Fund | | None | | | Sold | 07/12/17 | K | C | |
| 1260. Citi acct | | | | | | | | | |
| 1261. Alvord CA Sch Dist 5.0% 08/01/27 | D | Interest | N | T | | | | | |
| 1262. Cal Health FACS 5.00% 11/15/29 | C | Interest | M | T | | | | | |
| 1263. Cal ST GO 4.5% 08/01/26 | A | Interest | J | T | Redeemed (part) | 05/19/17 | N | | |
| 1264. Cal ST GO 4.00% 12/01/23 | C | Interest | M | T | Buy | 06/04/17 | M | | |
| 1265. Cal ST GO 5.00% 11/01/26 | C | Interest | M | T | Buy | 08/30/17 | M | | |
| 1266. Cal ST Univ 5.00% 11/01/30 | C | Interest | M | T | Buy | 04/20/17 | M | | |
| 1267. Cal ST GO 5.000% 08/01/28 | C | Interest | M | T | Buy | 07/27/17 | M | | |
| 1268. Cat ST Pub Works 4.0% 06/01/27 | D | Interest | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1269. Fresno CA Sch Dist 5.25% 08/01/27 | D | Interest | M | T | | | | | |
| 1270. Fresno CA Sch Dist 3.5% 08/01/26 | C | Interest | M | T | | | | | |
| 1271. Gilroy CA Fing Auth 4.0% 11/01/24 | D | Interest | M | T | | | | | |
| 1272. Kern Cnty CA Wtr Dist. 5.0% 05/01/28 | D | Interest | M | T | | | | | |
| 1273. Los Angeles CA DWP 5.00% 07/01/33 | C | Interest | M | T | Buy | 03/13/17 | M | | |
| 1274. Oceanside CA Sch Dist 4.5% 08/01/28 | D | Interest | M | T | | | | | |
| 1275. Redwood City CA Sch Dist 3.0% 08/01/26 | C | Interest | M | T | | | | | |
| 1276. San Jose CA Arpt 5.00% 03/01/29 | C | Interest | M | T | Buy | 04/20/17 | M | | |
| 1277. San Luis Obispo CA CAP IMPR 4.0% 12/01/27 | D | Interest | M | T | | | | | |
| 1278. Santa Clara CA Sch Dist 3.5% 07/01/24 | D | Interest | M | T | | | | | |
| 1279. Stockton CA Sch Dist 5.0% 08/01/24 | C | Interest | | | Redeemed | 08/01/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wardlaw, Kim M. | 08/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kim M. Wardlaw**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544